# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-16196-MDC

CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CERIMILE  GIOVANNI

  108 CLYDESDALE ROAD

  HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

  GARY E THOMPSON
  150 E SWEDESFORD RD
  1ST FLOOR
  WAYNE, PA 19087-

Date: 11/13/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee