# U.S. BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cerimile Giovanni          CHAPTER 13 NO. 17-161964

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum or:

    **$625 PER MONTH FOR TWO (2) MONTHS**

    **$728 PER MONTH FOR FIFTY-EIGHT (58) MONTHS**

2. From the payments so received, the Trustee shall make disbursements as follows:

    a.  Full payment and deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

    **$1,300.00 TO GARY E. THOMPSON**

    **$9,449.09 TO IRS**

    **$5,990.45 TO COMMONWEALTH OF PA**

    b.   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    **$22,414.38  TO PNC BANK**

3. Subsequent to payments to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

    **PRO - RATA**  to unsecured creditors

    Respectfully submitted,

                                            /S/  
NOVEMBER 14, 2017                        Gary E. Thompson, Esquire