UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Cerimile Giovanni**            :    CHAPTER 13
      **Debtors**                          :    BANKRUPTCY NO. 17-16196

### CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                                         /s/ Gary E. Thompson
                                         GARY E. THOMPSON
                                         ATTORNEY FOR DEBTOR(S)

Date: 11/14/17

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix