# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 17-16196-MDC

CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

        Debtor

### CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

**Counsel for debtor(s), by electronic notice only.**
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                               /s/ William C. Miller

Date: 11/29/2017

                              _____
                               William C. Miller, Esquire
                               Chapter 13 Standing Trustee