IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CERIMILE GIOVANNI, | : | |
| | : | DOCKET NO.: 17-16196-MDC |
| <u>                        DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | MARCH 22, 2018, at 9:30 A.M. |
| v. | : | |
| | : | |
| CERIMILE GIOVANNI, | : | |
| | : | RELATED TO DOCKET NO.: <u>26</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on November 30, 2017, by:

**17-16196-MDC Notice will be electronically mailed to:**

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Gary E. Thompson at get24esq@aol.com

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-16196-MDC Notice will not be electronically mailed to:**


EXECUTED ON:  December 4, 2017

                                        Respectfully submitted by,


                       By:    /s/ Joseph J. Swartz
                              Counsel
                              PA Department of Revenue
                              Office of Chief Counsel
                              P.O. Box 281061
                              Harrisburg, PA 17128-1061
                              PA Attorney I.D.:  309233
                              Phone: (717) 346-4645
                              Facsimile: (717) 772-1459
                              JoseSwartz@pa.gov