# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cerimile Giovanni aka Giovanni Cerimile<br>                             Debtor | |
| | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns<br>                             Movant<br>            vs. | |
| | NO. 17-16196 MDC |
| Cerimile Giovanni aka Giovanni Cerimile<br>                             Debtor | |
| William C. Miller Esq.<br>                             Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about October 24, 2017 Document No. 13.

                                          Respectfully submitted,

                                          **/s/Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          kmcdonald@kmllawgroup.com
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

March 20, 2018