# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: __GIOVANNI CERIMELE__
Chapter 13 Case No.: __13-17-16196__

I, __GIOVANNI CERIMELE__, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __DECEMBER__, 20__17__.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: X 5-8-18

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

## CERTIFICATION OF BUSINESS DEBTOR
*Office of Chapter 13 Standing Trustee*

I, GIOVANNI CERIMELE, being of full age and duly sworn upon my oath, depose and say:

1. I have __1__ employees and have filed quarterly tax returns through the quarter ending __03/31/2018__.

2. I have __2__ independent contractors that have performed services and have filed 1099's through the year of 20__17__.

3. I have filed the necessary 940 (FUTA) tax returns through the year 20__17__.

4. My principal business activity is __PIZZA / SUBS CARRY OUT__.

5. My business is a sole proprietorship / partnership / corporation / (limited liability company)
   (Circle One)

   *{If your business is other than a sole proprietorship, please provide copies of your partnership agreement, corporate charter, or limited liability charter}*

6. The gross income from my business for the previous year was $ __131,374.00__, and the net income after expenses was $ __33,469.00__. [Note – this form assumes a calendar year financial basis. If you are on a fiscal year, please so indicate.]

7. I have filed tax returns (business and personal) through the year ended December 31, 20__17__ with the Internal Revenue Service.

8. I have filed state tax returns (business and personal) through the year ended December 31, ~~20 17 with the Commonwealth of Pennsylvania.~~ FILED EXTENSION

9. I began my current business on __01/01/2015__.

10. My business is located at __3060 COMPASS RD., HONEYBROOK, PA 19344__.

11. I have/(have not)(circle one) pledged any business receivables, rents, profits, or other cash as collateral for any loans.

12. I have/(have not)(circle one) incurred "trade credit" in producing self-employment income.

    [Trade credit has been described as credit that firms extend to other firms in the ordinary course of business through the creation of receivables or payables. Trade credit involves the exchange of goods and services for other goods and services without the payment of money. This includes the extension of credit by debtor to clients or the extension of creditors' supplies to debtor.]

13. <u>Licenses</u>: Provide copies of the following, if applicable:

    * Business License (If a business license is not required for your business/self-employment please explain )
      _____

    * Seller's permit
    * Contractor's license
    * License to rent real property
    * Other license currently used _____

*I have reviewed and completed the attached forms regarding insurance coverage (Exhibit A), business assets (Exhibit B), and bank accounts (Exhibit C).*

*I have attached copies of the insurance policies as proof of coverage, licenses if applicable, bank statements, and the previous two years tax returns (business and personal).*

*I declare under penalty of perjury that the foregoing information is true and correct.*

X _____
(Debtor)

# INSURANCE COVERAGE
## OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Please check if you carry any of the following types of insurance for your business.
(You must attach a copy of the most recent declaration page for each insurance which you carry for your business.)

| | Date Effective To | Coverage Amount |
|---|---|---|
| ✓ General Liability | 12-9-18 | 1,000.00 |
| ___ Workers Compensation | | |
| ✓ Property | 12-9-18 | 208,000.00 |
| ✗ Fire/Extended Coverage | 12-9-18 | 260,000.00 |
| ✗ Theft | 12-19-18 | 115,000.00 |
| ___ Auto (for business vehicles) | | |
| ___ Other (state nature of coverage below) | | |

_____

_____

**EXHIBIT A**

# BANK ACCOUNTS
## Office of Chapter 13 Standing Trustee

a) Provide COPIES, not originals, of bank statements for all accounts for the 3 months prior to your Chapter 13 Petition. (Note: Trustee may request copies of canceled checks for this time period to clarify data contained in the bank statements.)

b) Are you the only authorized signatory(ies) on the account(s)?   (YES)   NO
If NO, specify who else is an authorized signer _____

| BANK NAME | ACCOUNT NUMBER | ACCOUNT TYPE | PURPOSE OF ACCOUNT |
|---|---|---|---|
|  |  |  |  |
| B.B.T | 1390003488 | Checking | Business |
| CITADEL | 10700000 736251 221 | Checking | Personal |
|  |  |  |  |

**EXHIBIT B**

# BUSINESS ASSETS
## Office of Chapter 13 Standing Trustee

PLEASE LIST EVERY BUSINESS ASSET USED IN THE OPERATION OF '
REGARDLESS OF WHETHER IT IS LEASED OR ENCUMBERED

| ASSET | ORIGINAL COST | AGE OF ASSET | ESTIMATED CURRENT MARKET VALUE |
|---|---|---|---|
| Pizza oven | 3,000.00 | 25 yrs. | 1,500.00 |
| 807 Nerve | 1,700.00 | 5 yrs. | 1,000.00 |
| Prep Machine | 5,000.00 | 25 yrs. | 2,500.00 |
| Grill | 1,200.00 | 12 yrs. | 500.00 |
| Stove | 600.00 | 10 yrs. | 300.00 |
| Sinks | 800.00 | 20 yrs. | 400.00 |
| Cooler | 1,200.00 | 10 yrs. | 500.00 |

**EXHIBIT C**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

*Debtor Name:* GIOVANNI CERIMELE
*Case No:* CH 13-17-16196
*Business Name:* PASQUALE'S PIZZA EXPRESS, LLC
*For the Month & Year (1/05, etc.):* 12/17

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service  $
(2) Other (Specify)  $
(3) Other (Specify)  $   SEE ATTACHMENT
(4) Total Actual Income (1+2+3)  $ 11850.69

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease  $
(6) Utilities (Electricity, Gas, Water&Sewer)  $
(7) Telephone  $
(8) Insurance  $
(9) Wages for Employees  $
(10) Wages for Self/Owner(s)  $
(11) Taxes  $
(12) Gas and Fuel for Business Vehicles  $
(13) Other (Specify)  $   SEE ATTACHMENT
(14) Other (Specify)  $
(15) Other (Specify)  $
(16) Total Actual Business Expenses Paid Ou $ 11759.17 *
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16)  $ 91.52
(18) Net Wages From Regular Employment-Del $ 644.85
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month  $
(21) Total Net Monthly Income (sum of 17 thr $ 736.37

**PERSONAL**
(22) Rent/Mortgage  $ 1390.30
(23) Utilities (gas, electric, water, sewer, fuel)  $ 216.49
(24) Telephone  $ 55.00
(25) ~~Food~~ HOME DEPOT  $ 161.56
(26) Transportation (fuel, tolls, parking)  $
(27) Other (specify) COMCAST  $ 147.66
(28) Other (specify) MEMBERS 1ST  $ 371.40
(29) Other (specify) MMG INS.  $ 133.00
(30) Other (specify) N.Y. LIFE  $ 149.00
(31) Other (specify) MECHANIC  $ 305.00
(32) Total Actual Personal Expenses Paid (22 $ 2929.41

**NET INCOME (LOSS)**
(33) ~~Gross Excess Income (line 21 - line 32)~~ $
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $ 748.00
(35) Net Excess Income (line 33 - line 34)  $
*carry amount on line 35 to next month line 20*

**EXHIBIT D**

9:46 AM  
04/19/18  
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### December 2017

|  | Dec 17 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|    3011 · Sales - Food | 11,173.58 |
|    3015 · Sales Tax Discount | 6.70 |
|    3040 · Sales Tax Collected | 670.41 |
| Total 3000 · Sales | 11,850.69 |
| **Total Income** | 11,850.69 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|    4060 · Food Purchases | 5,217.82 |
| Total 4000 · Cost of sales | 5,217.82 |
| **Total COGS** | 5,217.82 ✳ |
| **Gross Profit** | 6,632.87 |
| **Expense** | |
| 4100 · Sales Tax Paid | 670.41 |
| 5050 · Advertising | |
|    5055 · Advertising | 300.00 |
| Total 5050 · Advertising | 300.00 |
| 5150 · Commissions and Fees | |
|    5155 · Bank/Service Charges | 283.59 |
| Total 5150 · Commissions and Fees | 283.59 |
| 5300 · Insurance | |
|    5310 · Business Insurance | 133.00 |
| Total 5300 · Insurance | 133.00 |
| 5400 · Legal & Professional Fees | |
|    5405 · Meyer Accounting Service | 192.00 |
| Total 5400 · Legal & Professional Fees | 192.00 |
| 5500 · Rent or Lease | |
|    5505 · Building Rent | 500.00 |
| Total 5500 · Rent or Lease | 500.00 |
| 5600 · Supplies | |
|    5605 · Disposable Paper/Plastics | 322.40 |
| Total 5600 · Supplies | 322.40 |
| 5650 · Taxes & Licenses | |
|    5655 · Employer FICA | 66.94 |
|    5660 · PA UC Fund | 9.29 |
|    5665 · Federal UC | 0.00 |
|    5695 · Real Estate Taxes | 2,029.89 |
| Total 5650 · Taxes & Licenses | 2,106.12 |
| 5750 · Utilities | |
|    5755 · Electric | 400.00 |
|    5760 · Propane | 321.83 |
|    5765 · Telephone | 100.00 |
|    5775 · Trash | 100.00 |
| Total 5750 · Utilities | 921.83 |
| 5805 · Gross Payroll - Member | 875.00 |
| 5850 · Other Expenses | |
|    5855 · Linen | 92.00 |
|    5860 · Testing/Inspection | 45.00 |

9:46 AM
04/19/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### December 2017

|  | Dec 17 |
|---|---:|
| 5865 · Security System | 100.00 |
| **Total 5850 · Other Expenses** | 237.00 |
| **Total Expense** | 6,541.35 ✱ |
| **Net Income** | 91.52 |



Page 1 of 4    12/29/17
PA    1390003488221



717-56-01-00 10639  12 C 001 28 S  66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA  19344-9071

## Your account statement
For 12/29/2017

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

BB&T is pleased to announce that beginning on Dec. 11, 2017, the available balance in your account will be updated multiple times throughout the day upon receipt of a same-day, electronic, direct deposit transaction. If a same-day direct deposit is received to your account by 5 p.m. local time, Monday through Friday, on regular business days you will have intraday access to these funds earlier in the day which allows you to better manage your cash positioning.

Please feel free to contact your local financial center or call Phone24 at 800-BANK-BBT (800-226-5228) if you have any questions.

Thank you for banking with BB&T.

BB&T, Member FDIC

■ BUSINESS VALUE 200 1390003488221

**Account summary**

| | |
|---|---|
| Your previous balance as of 11/30/2017 | $2,511.02 |
| Checks | - 5,403.95 |
| Other withdrawals, debits and service charges | - 3,822.96 |
| Deposits, credits and interest | + 8,826.56 |
| Your new balance as of 12/29/2017 | = $2,110.67 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 12/15 | 2780 | 517.00 | 12/11 | 2786 | 500.00 | 12/21 | 2792 | 500.00 |
| 12/05 | *2783 | 695.30 | 12/14 | *2788 | 562.00 | 12/28 | 2793 | 305.00 |
| 12/07 | 2784 | 500.00 | 12/22 | *2790 | 192.00 | 12/29 | *2795 | 600.00 |
| 12/07 | 2785 | 500.00 | 12/21 | 2791 | 161.17 | 12/05 | *870012 | 371.48 |

* indicates a skip in sequential check numbers above this item

Total checks    = $5,403.95

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 12/01 | ACH CORP DEBIT FEES    BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 283.59 |
| 12/04 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 12-01 GAP    PA 1228 | 226.06 |
| 12/04 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 12-03 855-246-2461  FL 1228 | 55.00 |
| 12/04 | DEBIT CARD PURCHASE-PIN 12-04-17 PARKESBURG   PA 1228 THE HOME DEPOT 8955 | 161.56 |
| 12/07 | DEBIT CARD PURCHASE-PIN 12-06-17 GAP    PA 1228 1403 W KINGS HWY | 228.24 |
| 12/11 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 12-08 GAP    PA 1228 | 210.42 |
| 12/12 | DEBIT CARD PURCHASE TURKEY HILL #0118 12-11 GAP    PA 1228 | 76.29 |
| 12/12 | DEBIT CARD PURCHASE COMCAST 12-12 800-COMCAST    NJ 1228 | 85.55 |
| 12/15 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 |
| 12/15 | BUS ONLINE BILL PAYMENT ONLINE PMT MONITRONICS PASQUALES PIZZA EXPRES | 100.00 |

*continued*

■ PAGE 1 OF 4

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 12/15 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 216.49 |
| 12/15 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 400.00 |
| 12/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270774913734206 | 260.85 |
| 12/18 | DEBIT CARD PURCHASE Pasquales 12-15 Honey Brook    PA 1228 | 0.01 |
| 12/18 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 12-15 GAP       PA  1228 | 219.53 |
| 12/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1317000006211669 CUSTOMER ID 472651416 | 565.07 |
| 12/21 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUALES | 300.00 |
| 12/22 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 12-21 GAP       PA  1228 | 234.30 |
| 12/27 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 100.00 |

Total other withdrawals, debits and service charges = $3,822.96

Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 12/01 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 310.74 |
| 12/04 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 329.79 |
| 12/04 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 540.37 |
| 12/04 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 827.53 |
| 12/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 92.07 |
| 12/07 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 207.14 |
| 12/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 251.04 |
| 12/11 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 197.41 |
| 12/11 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 414.75 |
| 12/11 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 616.89 |
| 12/12 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 298.52 |
| 12/14 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 303.38 |
| 12/15 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 250.06 |
| 12/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 284.73 |
| 12/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 407.16 |
| 12/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 636.65 |
| 12/19 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 158.83 |
| 12/21 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 271.47 |
| 12/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 209.48 |
| 12/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 206.90 |
| 12/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 344.83 |
| 12/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 570.25 |
| 12/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 593.03 |
| 12/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 311.64 |
| 12/29 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 191.90 |

Total deposits, credits and interest = $8,826.56

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | | Pay Period: 12/01/2017 - 12/31/2017 | | Pay Date: 12/31/2017 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | ***-**-9591 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary - Member | | | 875.00 | 10,500.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 0:00 | | 0:00 |
| Local | | | -8.75 | -105.00 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -126.99 | -1,516.88 | | | | |
| Social Security Employee | | | -54.25 | -651.00 | | | | |
| Medicare Employee | | | -12.69 | -152.25 | | | | |
| PA - Withholding | | | -26.86 | -322.32 | | | | |
| PA - Unemployment Employee | | | -0.61 | -7.35 | | | | |
| | | | -230.15 | -2,756.80 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| LST | | | | -5.00 | | | | |
| **Net Pay** | | | **644.85** | **7,738.20** | | | | |

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344