## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: _GIOVANNI CERIMELE_

Chapter 13 Case No.: _13-17-16196_

I, _GIOVANNI CERIMELE_, declare under penalty of perjury that the following information is true and correct:

1.        I am the business debtor in the above referenced matter.

2.        I have completed and attached a Monthly Financial Report for the month of _JANUARY_, 20_18_.

3.        All of the information in the Monthly Financial Report is complete, true and

           correct to the best of my knowledge, information and belief.

Date: X _5-8-18_

X _[signature]_

Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** GIOVANNI CERIMELE
**Case No:** CH 13-17-16196
**Business Name:** PASQUALE'S PIZZA EXPRESS, LLC
**For the Month & Year (1/05, etc.):** 01/18

**BUSINESS INCOME:**

| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | SEE ATTACHMENT |
| (4) | **Total Actual Income (1+2+3)** | $ 9723.99 | |

**ACTUAL BUSINESS EXPENSE PAID**

| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ | |
| (8) | Insurance | $ | |
| (9) | Wages for Employees | $ | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | |
| (13) | Other (Specify) | $ | |
| (14) | Other (Specify) | $ | |
| (15) | Other (Specify) | $ | SEE ATTACHMENT |
| (16) | **Total Actual Business Expenses Paid O** (sum of 5 through 16) | $ 9673.62 | |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 50.37 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From Regular Employment-Sp( | $ |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | **Total Net Monthly Income (sum of 17 th** | $ 695.22 |

**PERSONAL**

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 695.30 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 286.31 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) MMG INS. | $ 728.00 |
| (28) | Other (specify) STATE FARM INS. | $ 193.08 |
| (29) | Other (specify) COMCAST | $ 182.16 |
| (30) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (31) | Other (specify) | $ |
| (32) | **Total Actual Personal Expenses Paid (22** | $ 2511.33 |

**NET INCOME (LOSS)**

| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMEN1 | $ 748.00 |
| (35) | Net Excess Income (line 33 - line 34) carry amount on line 35 to next month line 20 | $ |

*EXHIBIT D*

9:49 AM

04/19/18

Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| **Income** | |
| 3000 · Sales | |
| 3011 · Sales - Food | 9,173.58 |
| 3015 · Sales Tax Discount | 5.50 |
| 3040 · Sales Tax Collected | 544.91 |
| Total 3000 · Sales | 9,723.99 |
| **Total Income** | 9,723.99 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
| 4060 · Food Purchases | 4,566.55 |
| Total 4000 · Cost of sales | 4,566.55 |
| **Total COGS** | 4,566.55 * |
| **Gross Profit** | 5,157.44 |
| **Expense** | |
| 4100 · Sales Tax Paid | 544.91 |
| 5050 · Advertising | |
| 5055 · Advertising | 300.00 |
| Total 5050 · Advertising | 300.00 |
| 5150 · Commissions and Fees | |
| 5155 · Bank/Service Charges | 384.03 |
| Total 5150 · Commissions and Fees | 384.03 |
| 5300 · Insurance | |
| 5310 · Business Insurance | 133.00 |
| Total 5300 · Insurance | 133.00 |
| 5400 · Legal & Professional Fees | |
| 5405 · Meyer Accounting Service | 558.00 |
| Total 5400 · Legal & Professional Fees | 558.00 |
| 5500 · Rent or Lease | |
| 5505 · Building Rent | 575.00 |
| Total 5500 · Rent or Lease | 575.00 |
| 5600 · Supplies | |
| 5605 · Disposable Paper/Plastics | 214.30 |
| Total 5600 · Supplies | 214.30 |
| 5650 · Taxes & Licenses | |
| 5655 · Employer FICA | 66.94 |
| 5660 · PA UC Fund | 63.80 |
| 5665 · Federal UC | 5.25 |
| Total 5650 · Taxes & Licenses | 135.99 |
| 5750 · Utilities | |
| 5755 · Electric | 400.00 |
| 5760 · Propane | 519.84 |
| 5765 · Telephone | 100.00 |
| 5775 · Trash | 100.00 |
| Total 5750 · Utilities | 1,119.84 |
| 5805 · Gross Payroll - Member | 875.00 |
| 5850 · Other Expenses | |
| 5855 · Linen | 122.00 |
| 5860 · Testing/Inspection | 45.00 |

9:49 AM

04/19/18

Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### January 2018

|  | Jan 18 |
|---|---|
| 5865 · Security System | 100.00 |
| Total 5850 · Other Expenses | 267.00 |
| Total Expense | 5,107.07 ✳ |
| Net Income | 50.37 |



Page 1 of 4      01/31/18
PA    1390003488221


BB&T

717-56-01-00 10639  15 C 001 28 S  66 002
PASQUALES  PIZZA  EXPRESS  LLC
3060  COMPASS  RD
HONEY  BROOK  PA   19344-9071

# Your account statement
For 01/31/2018

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Beware of Phishing and Spoofing Emails

Just a friendly reminder, BB&T never uses email to obtain personal information. Watch out for emails that try to trick you into clicking a link or calling a hotline to update your confidential information like account numbers, payment card details or your Social Security number. If you receive an urgent email like this, DO NOT click links, open attachments or provide confidential information to the hotline. Simply delete it without responding. If you revealed your account details to a phishing email, call 800-BANK-BBT (800-226-5228) for assistance.

Learn more security tips at **BBT.com/Security**.

BB&T, Member FDIC.

■ BUSINESS VALUE 200 1390003488221

## Account summary

| | |
|---|---|
| Your previous balance as of 12/29/2017 | $2,110.67 |
| Checks | - 7,737.40 |
| Other withdrawals, debits and service charges | - 3,944.99 |
| Deposits, credits and interest | + 10,508.55 |
| Your new balance as of 01/31/2018 | = $936.83 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 01/16 | 200 | 575.00 | 01/24 | *207 | 483.00 | 01/05 | *2796 | 75.00 |
| 01/11 | 201 | 630.00 | 01/25 | 208 | 563.00 | 01/02 | 2797 | 695.30 |
| 01/11 | 202 | 101.49 | 01/30 | 209 | 695.30 | 01/05 | 2798 | 237.00 |
| 01/12 | 203 | 206.00 | 01/04 | *2787 | 300.00 | 01/05 | 2799 | 475.00 |
| 01/22 | 204 | 300.00 | 01/02 | *2794 | 2,029.83 | 01/22 | *870013 | 371.48 |

\* indicates a skip in sequential check numbers above this item

Total checks      = $7,737.40

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/02 | ACH CORP DEBIT FEES      BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 384.03 |
| 01/03 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 01-02 855-246-2461   FL 1228 | 56.00 |
| 01/08 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 01-05 GAP        PA 1228 | 202.38 |
| 01/08 | DEBIT CARD PURCHASE PAYPAL *CANDIDCOWP 01-07 402-935-7733   CA 1228 | 25.18 |
| 01/10 | DEBIT CARD PURCHASE-PIN 01-09-18 GAP        PA 1228 1403 W KINGS HWY | 216.65 |
| 01/16 | DEBIT CARD PURCHASE TURKEY HILL #0118 01-15 GAP        PA 1228 | 91.89 |
| 01/16 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270841635951003 | 260.87 |
| 01/18 | DEBIT CARD PURCHASE COMCAST 01-18 800-COMCAST   NJ 1228 | 182.16 |

*continued*

■ PAGE 1 OF 4

0017086

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 |
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 100.00 |
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT MONITRONICS PASQUALES PIZZA EXPRES | 100.00 |
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 193.08 |
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 286.31 |
| 01/19 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 400.00 |
| 01/22 | DEBIT CARD PURCHASE Amazon.com 01-20 AMZN.COM/BILL  WA 1228 | 38.91 |
| 01/22 | DEBIT CARD PURCHASE Amazon.com 01-21 AMZN.COM/BILL  WA 1228 | 9.73 |
| 01/22 | DEBIT CARD PURCHASE-PIN 01-21-18 PARKESBURG   PA 1228 WAWA 263 | 35.41 |
| 01/22 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000000055525 CUSTOMER ID 472651416 | 663.71 |
| 01/23 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUALES PIZZA LLC | 300.00 |
| 01/25 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 01/29 | DEBIT CARD PURCHASE Pasquales 01-26 Honey Brook   PA 1228 | 0.01 |
| 01/29 | DEBIT CARD PURCHASE Pasquales 01-26 Honey Brook   PA 1228 | 0.02 |
| 01/31 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270843124835246 | 42.00 |
| 01/31 | ACH CORP DEBIT PAEMPLOYTX COMMWLTHOFPA INT 1318000000076724 CUSTOMER ID 472651416 | 80.58 |
| 01/31 | ACH CORP DEBIT PADLIUCCON UNEMP COMP EFT UCEFT1201820180104 CUSTOMER ID 7484615 | 141.07 |

Total other withdrawals, debits and service charges                = $3,944.99

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 01/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 257.57 |
| 01/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 434.86 |
| 01/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 688.84 |
| 01/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 756.25 |
| 01/04 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 153.55 |
| 01/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 224.98 |
| 01/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 368.79 |
| 01/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 404.43 |
| 01/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 416.19 |
| 01/09 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 323.17 |
| 01/11 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 139.17 |
| 01/12 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 315.26 |
| 01/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 178.77 |
| 01/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 215.74 |
| 01/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 601.80 |
| 01/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 887.74 |
| 01/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 241.23 |
| 01/19 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 300.37 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 110.11 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 375.86 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 578.81 |
| 01/23 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 289.40 |
| 01/25 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 51.62 |
| 01/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 166.04 |
| 01/26 | DEPOSIT | 300.00 |
| 01/29 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 176.65 |
| 01/29 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 474.13 |
| 01/29 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 760.62 |
| 01/30 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 316.60 |

Total deposits, credits and interest                = $10,508.55

## AMENDMENT TO YOUR DEPOSIT AGREEMENT

### EFFECTIVE IMMEDIATELY

The following changes have been made to the Deposit Agreement that you were provided when you opened your account at BB&T. Continued use of your account after the effective date of this Amendment constitutes your acceptance of the change. You are directed to obtain the most current version of the Deposit Agreement from any branch or online at www.bbt.com. The current version of the

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | Check number: Cash | | Pay Period: 01/01/2018 - 01/31/2018 | Pay Date: 01/31/2018 |
|---|---|---|---|---|

| Employee | | | SSN | |
|---|---|---|---|---|
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | ***-**-9591 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 875.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Local | | | -8.75 | -8.75 |
| Medicare Employee Addl Tax | . | | 0.00 | 0.00 |
| Federal Withholding | | | -122.08 | -122.08 |
| Social Security Employee | | | -54.25 | -54.25 |
| Medicare Employee | | | -12.69 | -12.69 |
| PA - Withholding | | | -26.86 | -26.86 |
| PA - Unemployment Employee | | | -0.52 | -0.52 |
| | | | -225.15 | -225.15 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| LST | | | -5.00 | -5.00 |

| Net Pay | | | 644.85 | 644.85 |
|---|---|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |