# CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE
Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of FEBRUARY, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: X 5-8-18

X [signature]
                                                                      Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: CH 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 02/18

**BUSINESS INCOME:**
| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | |
| (4) | Total Actual Income (1+2+3) | $ 11540.00 | SEE ATTACHMENT |

**ACTUAL BUSINESS EXPENSE PAID**
| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ | |
| (8) | Insurance | $ | |
| (9) | Wages for Employees | $ | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | |
| (13) | Other (Specify) | $ | |
| (14) | Other (Specify) | $ | SEE ATTACHMENT |
| (15) | Other (Specify) | $ | |
| (16) | Total Actual Business Expenses Paid Or $ 9011.48 (sum of 5 through 16) | | |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) $ | 2528.52 |
| (18) | Net Wages From Regular Employment-Del $ | 644.85 |
| (19) | Net Wages From Regular Employment-Spc $ | 783.05 |
| (20) | Amount Carried Over From Last Month $ | |
| (21) | Total Net Monthly Income (sum of 17 thr $ | 3956.42 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage $ | 695.00 |
| (23) | Utilities (gas, electric, water, sewer, fuel) $ | 190.00 |
| (24) | Telephone $ | 55.00 |
| (25) | Food $ | |
| (26) | Transportation (fuel, tolls, parking) $ | |
| (27) | Other (specify) STATE FARM INS $ | 100.00 |
| (28) | Other (specify) MEMBERS 1ST $ | 371.48 |
| (29) | Other (specify) N.Y. LIFE $ | 149.91 |
| (30) | Other (specify) MMG INS. $ | 136.00 |
| (31) | Other (specify) COMCAST $ | 119.00 |
| (32) | Total Actual Personal Expenses Paid (22 $ | 1816.39 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) $ | 2140.03 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT $ | 748.00 |
| (35) | Net Excess Income (line 33 - line 34) $ | |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

9:49 AM
04/19/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### February 2018

|  | Feb 18 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|   3011 · Sales - Food | 10,886.79 |
|   3015 · Sales Tax Discount | 6.53 |
|   3040 · Sales Tax Collected | 646.68 |
| Total 3000 · Sales | 11,540.00 |
| **Total Income** | **11,540.00** |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|   4060 · Food Purchases | 4,183.47 |
| Total 4000 · Cost of sales | 4,183.47 |
| **Total COGS** | **4,183.47** |
| **Gross Profit** | **7,356.53** |
| **Expense** | |
| 4100 · Sales Tax Paid | 646.68 |
| 5300 · Insurance | |
|   5310 · Business Insurance | 133.00 |
| Total 5300 · Insurance | 133.00 |
| 5400 · Legal & Professional Fees | |
|   5405 · Meyer Accounting Service | 837.00 |
| Total 5400 · Legal & Professional Fees | 837.00 |
| 5500 · Rent or Lease | |
|   5505 · Building Rent | 500.00 |
| Total 5500 · Rent or Lease | 500.00 |
| 5600 · Supplies | |
|   5605 · Disposable Paper/Plastics | 218.90 |
| Total 5600 · Supplies | 218.90 |
| 5650 · Taxes & Licenses | |
|   5655 · Employer FICA | 66.94 |
|   5660 · PA UC Fund | 63.80 |
|   5665 · Federal UC | 5.25 |
| Total 5650 · Taxes & Licenses | 135.99 |
| 5750 · Utilities | |
|   5755 · Electric | 400.00 |
|   5760 · Propane | 268.44 |
|   5770 · Water/Sewer | 495.00 |
|   5775 · Trash | 60.00 |
| Total 5750 · Utilities | 1,223.44 |
| 5805 · Gross Payroll - Member | 875.00 |
| 5850 · Other Expenses | |
|   5855 · Linen | 153.00 |
|   5860 · Testing/Inspection | 45.00 |
|   5865 · Security System | 60.00 |
| Total 5850 · Other Expenses | 258.00 |
| **Total Expense** | **4,828.01** |
| **Net Income** | **2,528.52** |

Page 1

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | Check number: Cash | | Pay Period: 02/01/2018 - 02/28/2018 | Pay Date: 02/28/2018 |
|---|---|---|---|---|

**Employee** | **SSN**
Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | ***-**-9591

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 1,750.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local | | | -8.75 | -17.50 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -127.07 | -249.15 |
| Social Security Employee | | | -54.25 | -108.50 |
| Medicare Employee | | | -12.69 | -25.38 |
| PA - Withholding | | | -26.86 | -53.72 |
| PA - Unemployment Employee | | | -0.53 | -1.05 |
| | | | -230.15 | -455.30 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | | -5.00 |
| **Net Pay** | | | **644.85** | **1,289.70** |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

## Paystub 1 — Check Date 2/15/2018

**Stoltzfus Feed & Supply, Inc.**
PO Box 427, Gap, PA 17527 717-442-8280

**Cerimele, Giovanni**
Company: F978
Number: 122
Social Security #: XXX-XX-0696
Hire Date: 12/18/2017
Period Begin: 1/12/2018
Period End: 2/4/2018
Check Number: -99982382
Check Date: 2/15/2018
Division: —
Branch: —
Department: 31
Team: —

### Earnings

| Description | Location/Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | | | | |
| Trucking | 1/131 | 28.00 | 0.00 | 429.00 | 825.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) | (429.00) | 98.40 |
| OASDI | (429.00) | 25.60 |
| Medicare | (429.00) | 6.22 |
| PA (SM/0) | (429.00) | 13.17 |
| PA-EE SUI | (429.00) | 6.26 |
| West Cain TWP Resident | | 4.26 |
| Net Pay Direct 0007300006 | 365.75 | 365.75 |

Total Earnings: 429.00 / 923.90
Total Direct Deposits: 0.00
Total Deductions: 365.75
NET PAY: 0.00 / Check Amount: 0.00

Check Date 2/15/2018    Check Number Memo
$ ************
122 -99982382
NON NEGOTIABLE

Pay No Dollars and No Cents

To the Order of:
Cerimele, Giovanni
108 Clydesdale Circle
Honey Brook, PA 19344

---

## Paystub 2 — Check Date 2/1/2018

**Stoltzfus Feed & Supply, Inc.**
PO Box 427, Gap, PA 17527 717-442-8280

**Cerimele, Giovanni**
Company: F978
Number: 122
Social Security #: XXX-XX-0696
Hire Date: 12/18/2017
Period Begin: 1/05/2018
Period End: 1/21/2018
Check Number: 50175
Check Date: 2/1/2018
Department: 31

### Earnings

| Description | Location/Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/131 | 20.00 | 4.92 | | 98.40 |
| Trucking | 1/131 | 28.00 | 0.00 | 396.50 | 396.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) | (494.90) | 18.90 |
| OASDI | (494.90) | 30.68 |
| Medicare | (494.90) | 7.18 |
| PA (SM/0) | (494.90) | 15.19 |
| PA-EE SUI | (494.90) | 0.30 |
| West Cain TWP Resident | | 4.95 |

Total Earnings: 494.90
Total Direct Deposits: 0.00
Total Deductions: 77.60
NET PAY: 417.30 / Check Amount: 417.30

Check Date 2/1/2018    Check Number 50175
$******417.30

Pay Four Hundred Seventeen Dollars and Thirty Cents

To the Order of:
Cerimele, Giovanni
108 Clydesdale Circle
Honey Brook, PA 19344

⑆050175⑆ ⑆031309123⑆ 13900168328651⑆



Page 1 of 4    02/28/18
PA    1390003488221



717-56-01-00 10639 11 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA 19344-9071

# Your account statement
For 02/28/2018

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Protect Yourself from Identity Theft

At BB&T, protection of your information and accounts is our priority. Here are some ways you can prevent identity theft and fraud:

- Shred this statement and other personal information before throwing them away
- Never disclose your personal information, account number, or password to an unexpected email or text
- Monitor your financial accounts and credit reports for suspicious activity
- Notify BB&T at 800-BANK-BBT (800-226-5228) or visit your local branch if you have an issue with your accounts

Learn more security tips at BBT.com/Security

BB&T, Member FDIC.

---

■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---:|
| Your previous balance as of 01/31/2018 | $936.83 |
| Checks | -5,669.48 |
| Other withdrawals, debits and service charges | -2,552.30 |
| Deposits, credits and interest | +8,465.66 |
| Your new balance as of 02/28/2018 | =$1,180.71 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 02/01 | 210 | 475.00 | 02/26 | 214 | 837.00 | 02/20 | *870014 | 371.48 |
| 02/08 | 211 | 396.00 | 02/23 | 215 | 500.00 | 02/06 | *975060 | 500.00 |
| 02/15 | 212 | 600.00 | 02/26 | 216 | 300.00 | 02/27 | *975064 | 500.00 |
| 02/20 | 213 | 495.00 | 02/27 | 217 | 695.00 | | | |

* Indicates a skip in sequential check numbers above this item

Total checks = $5,669.48

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/01 | ACH CORP DEBIT FEES BKCD PROCESSING Pasquales CUSTOMER ID 019666000975861 | 284.87 |
| 02/01 | OVERDRAFT ITEM FEE ($36/ITEM) 36 | 36.00 |
| 02/05 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 02-02 855-246-2461 FL 1228 | 55.00 |
| 02/05 | INTERNET PAYMENT TAX PAYMENT KEYSTONE 2292881 | 26.25 |
| 02/12 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 02-09 GAP PA 1228 | 232.60 |
| 02/12 | DEBIT CARD PURCHASE-PIN 02-09-18 GAP PA 1228 3400 COMPASS RD | 3.99 |
| 02/12 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 02-09 GAP PA 1228 | 92.32 |
| 02/15 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 190.77 |

*continued*

0013164    ■ PAGE 1 OF 4

**BUSINESS VALUE 200 1390003488221 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270844680339524 | 255.96 |
| 02/20 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 400.00 |
| 02/20 | DEBIT CARD PURCHASE TURKEY HILL #0118 02-15 GAP    PA 1228 | 80.02 |
| 02/20 | DEBIT CARD PURCHASE HILLSIDE BULK FOOD 02-16 GAP    PA 1228 | 215.02 |
| 02/20 | DEBIT CARD PURCHASE-PIN 02-16-18 GAP    PA 1228 3400 COMPASS RD | 22.59 |
| 02/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000001143408 CUSTOMER ID 472651416 | 544.91 |
| 02/21 | SERVICE CHARGES - PRIOR PERIOD | 12.00 |
| 02/22 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |

Total other withdrawals, debits and service charges = $2,552.30

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/01 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 229.99 |
| 02/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 157.72 |
| 02/02 | DEPOSIT | 200.00 |
| 02/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 430.05 |
| 02/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 696.34 |
| 02/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 716.78 |
| 02/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 625.97 |
| 02/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 212.52 |
| 02/09 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 261.33 |
| 02/12 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 336.50 |
| 02/12 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 388.10 |
| 02/12 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 521.10 |
| 02/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 328.75 |
| 02/15 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 156.08 |
| 02/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 271.31 |
| 02/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 153.39 |
| 02/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 177.80 |
| 02/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 298.62 |
| 02/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 502.03 |
| 02/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 123.30 |
| 02/23 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 225.74 |
| 02/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 403.75 |
| 02/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 429.67 |
| 02/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 507.97 |
| 02/27 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 116.05 |

Total deposits, credits and interest = $8,465.66