# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE
Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of MARCH, 2018.

3. All of the information in the Monthly Financial Report is complete, true and

   correct to the best of my knowledge, information and belief.

Date: X 5-8-18

X _____
                        Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

*\*\* YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*\*\*\* FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 3/18

**BUSINESS INCOME:**
| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | |
| (4) | Total Actual Income (1+2+3) | $ 11326.00 | SEE ATTACHMENT |

**ACTUAL BUSINESS EXPENSE PAID**
| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ | |
| (8) | Insurance | $ | |
| (9) | Wages for Employees | $ | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | |
| (13) | Other (Specify) | $ | |
| (14) | Other (Specify) | $ | |
| (15) | Other (Specify) | $ | SEE ATTACHMENT |
| (16) | Total Actual Business Expenses Paid Or (sum of 5 through 16) | $ 7126.84 | |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 4199.16 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From PART-TIME Employment- Del | $ 252.31 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 5096.32 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1832.13 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 203.28 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (28) | Other (specify) STATE FARM INS. | $ 91.96 |
| (29) | Other (specify) MMG INS | $ 728.00 |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 3281.85 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 1814.47 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 748.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

10:24 AM
05/02/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### March 2018

|  | Mar 18 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|    3011 · Sales - Food | 10,684.91 |
|    3015 · Sales Tax Discount | 6.41 |
|    3040 · Sales Tax Collected | 634.68 |
| **Total 3000 · Sales** | 11,326.00 |
| **Total Income** | 11,326.00 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|    4060 · Food Purchases | 2,700.64 |
| **Total 4000 · Cost of sales** | 2,700.64 |
| **Total COGS** | 2,700.64 |
| **Gross Profit** | 8,625.36 |
| **Expense** | |
| 4100 · Sales Tax Paid | 634.68 |
| 5050 · Advertising | |
|    5055 · Advertising | 300.00 |
| **Total 5050 · Advertising** | 300.00 |
| 5150 · Commissions and Fees | |
|    5155 · Bank/Service Charges | 576.36 |
| **Total 5150 · Commissions and Fees** | 576.36 |
| 5300 · Insurance | |
|    5310 · Business Insurance | 133.00 |
| **Total 5300 · Insurance** | 133.00 |
| 5400 · Legal & Professional Fees | |
|    5405 · Meyer Accounting Service | 192.00 |
| **Total 5400 · Legal & Professional Fees** | 192.00 |
| 5500 · Rent or Lease | |
|    5505 · Building Rent | 500.00 |
| **Total 5500 · Rent or Lease** | 500.00 |
| 5600 · Supplies | |
|    5605 · Disposable Paper/Plastics | 182.00 |
| **Total 5600 · Supplies** | 182.00 |
| 5650 · Taxes & Licenses | |
|    5655 · Employer FICA | 66.93 |
|    5660 · PA UC Fund | 63.81 |
|    5665 · Federal UC | 5.25 |
| **Total 5650 · Taxes & Licenses** | 135.99 |
| 5750 · Utilities | |
|    5755 · Electric | 300.00 |
|    5760 · Propane | 351.17 |
|    5775 · Trash | 60.00 |
| **Total 5750 · Utilities** | 711.17 |
| 5805 · Gross Payroll - Member | 875.00 |
| 5850 · Other Expenses | |
|    5855 · Linen | 126.00 |
|    5865 · Security System | 60.00 |

10:24 AM
05/02/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### March 2018

|  | Mar 18 |
|---|---:|
| Total 5850 · Other Expenses | 186.00 |
| **Total Expense** | 4,426.20 |
| **Net Income** | 4,199.16 |

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | | Pay Period: 03/01/2018 - 03/31/2018 | | Pay Date: 03/31/2018 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | ***-**-9591 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary - Member | | | 875.00 | 2,625.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | **Current** | **YTD Amount** | Vacation | 0:00 | | 0:00 |
| Local | | | -8.75 | -26.25 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -127.09 | -376.24 | | | | |
| Social Security Employee | | | -54.25 | -162.75 | | | | |
| Medicare Employee | | | -12.68 | -38.06 | | | | |
| PA - Withholding | | | -26.86 | -80.58 | | | | |
| PA - Unemployment Employee | | | -0.52 | -1.57 | | | | |
| | | | -230.15 | -685.45 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| LST | | | | -5.00 | | | | |
| **Net Pay** | | | **644.85** | **1,934.55** | | | | |

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344

**Stoltzfus Feed & Supply, Inc.**  PO Box 427, Gap PA 17527  717-442-8280

Carmela Giovanni

Earnings

Deductions



Page 1 of 4    03/30/18
PA    1390003488221



717-56-01-00 10639  12 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA   19344-9071

# Your account statement
For 03/30/2018

## Contact us
 BBT.com
 (800) BANK-BBT or
(800) 226-5228

## Protect Yourself from Identity Theft

At BB&T, protection of your information and accounts is our priority. Here are some ways you can prevent identity theft and fraud:

- Shred this statement and other personal information before throwing them away
- Never disclose your personal information, account number, or password to an unexpected email or text
- Monitor your financial accounts and credit reports for suspicious activity
- Notify BB&T at 800-BANK-BBT (800-226-5228) or visit your local branch if you have an issue with your accounts

Learn more security tips at BBT.com/Security

BB&T, Member FDIC.

■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---|
| Your previous balance as of 02/28/2018 | $1,180.71 |
| Checks | - 5,916.74 |
| Other withdrawals, debits and service charges | - 2,695.66 |
| Deposits, credits and interest | + 8,467.71 |
| Your new balance as of 03/30/2018 | = $1,036.02 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 03/01 | 218 | 600.00 | 03/15 | 222 | 400.00 | 03/29 | *227 | 500.00 |
| 03/02 | 219 | 248.00 | 03/19 | *224 | 154.13 | 03/30 | 228 | 1,832.13 |
| 03/09 | 220 | 470.00 | 03/23 | 225 | 192.00 | 03/27 | *870015 | 371.48 |
| 03/09 | 221 | 149.00 | 03/23 | 226 | 500.00 | 03/27 | *975069 | 500.00 |

* Indicates a skip in sequential check numbers above this item

Total checks    = $5,916.74

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/01 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 60.00 |
| 03/01 | BUS ONLINE BILL PAYMENT ONLINE PMT MONITRONICS PASQUALES PIZZA EXPRES | 60.00 |
| 03/01 | ACH CORP DEBIT FEES    BKCD PROCESSING Pasquales CUSTOMER ID 0196660009756661 | 291.49 |
| 03/05 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 03-03 855-246-2461    FL 1228 | 55.00 |
| 03/08 | DEBIT CARD PURCHASE TURKEY HILL #0118 03-06 GAP    PA 1228 | 77.68 |
| 03/13 | BB&T 24 CASH WITHDRAWAL 03-13-18    1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 03/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270847492246868 | 260.95 |
| 03/19 | DEBIT CARD PURCHASE Amazon.com 03-16 AMZN COM/BILL  WA 1228 | 48.64 |

continued

**BUSINESS VALUE 200 1390003488221 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/19 | PURCHASE   VALPAKOFPHILADEL XXXX PASQUELES | 300.00 |
| 03/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000001515711 CUSTOMER ID 472651416 | 646.68 |
| 03/26 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 91.96 |
| 03/26 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 203.28 |
| Total other withdrawals, debits and service charges | | = $2,895.66 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/01 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 327.48 |
| 03/02 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 173.58 |
| 03/05 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 64.09 |
| 03/05 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 247.49 |
| 03/05 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 260.31 |
| 03/06 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 295.04 |
| 03/08 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 191.96 |
| 03/09 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 322.26 |
| 03/12 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 366.43 |
| 03/12 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 639.10 |
| 03/12 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 674.65 |
| 03/13 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 282.24 |
| 03/15 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 270.18 |
| 03/16 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 220.91 |
| 03/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 269.28 |
| 03/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 501.38 |
| 03/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 592.38 |
| 03/20 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 268.77 |
| 03/22 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 219.82 |
| 03/26 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 318.76 |
| 03/26 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 509.79 |
| 03/26 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 571.07 |
| 03/27 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 323.67 |
| 03/29 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 208.56 |
| 03/30 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 160.5 |
| Total deposits, credits and interest | | = $8,467.7 |

## AMENDMENT TO YOUR DEPOSIT AGREEMENT

### EFFECTIVE APRIL 1, 2018

The following changes have been made to the Deposit Agreement that you were provided when you opened your account at BB&T. Continued use of your account after the effective date of this Amendment constitutes your acceptance of the change. You are directed to obtain the most current version of the Deposit Agreement from any branch or online at www.bbt.com. The current version of the Deposit Agreement will govern your account upon receipt of this Amendment. If you have any questions about this change, contact your local BB&T financial center, your relationship manager, or call 1-800-BANK BBT (1-800-226-5228).

**F. FUNDS AVAILABILITY**

The following has been added to the second paragraph of 1. GENERAL WITHDRAWAL POLICY.

Deposits received as a Real Time Payment (RTP) will be available to you immediately. You acknowledge that any RTP is governed specifically by RTP Operating Rules of The Clearing House in effect at the time of the transaction and can be found at https://www.theclearinghouse.org/payments/real-time-payments/documents (RTP Rules). You authorize the Bank, at any time, to debit your account in the amount of a RTP if we receive a proper Request for Return of Funds in accordance with the RTP Rules. A payment may be returned if it is determined that it was made in error, was the result of fraud, or was made in violation of applicable law or the RTP Rules. You are not permitted to receive a RTP in violation of this agreement and you may not accept any payment on behalf of a person or entity not domiciled in the United States.