# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE

Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of June, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 7-20-18

X _____ Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: __GIOVANNI CERIMELE__
Case No: __13-17-16196__
Business Name: __PASQUALE'S PIZZA EXPRESS, LLC__
For the Month & Year (1/05, etc.): __06/18__

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service       $_____
(2) Other (Specify)                          $_____
(3) Other (Specify)                          $_____
(4) Total Actual Income (1+2+3)              $ 9635.00

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                               $_____
(6) Utilities (Electricity, Gas, Water&Sewer) $_____
(7) Telephone                                $_____
(8) Insurance                                $_____
(9) Wages for Employees                      $_____
(10) Wages for Self/Owner(s)                 $_____
(11) Taxes                                   $_____
(12) Gas and Fuel for Business Vehicles      $_____
(13) Other (Specify)                         $_____
(14) Other (Specify)                         $_____
(15) Other (Specify)                         $_____
(16) Total Actual Business Expenses Paid On $ 6867.86 *
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 2767.14
(18) Net Wages From Regular Employment-Deb $ 644.85
(19) Net Wages From · PART TIME -DEB $ 3236.37
(20) Amount Carried Over From Last Month $_____
(21) Total Net Monthly Income (sum of 17 thr $ 6648.36

**PERSONAL**
(22) Rent/Mortgage                           $ 1832.13
(23) Utilities (gas, electric, water, sewer, fuel) $ 200.00
(24) Telephone                               $ 55.00
(25) Food                                    $_____
(26) Transportation (fuel, tolls, parking)   $_____
(27) Other (specify) MEMBERS 1ST             $ 371.48
(28) Other (specify) STATE FARM              $ 100.00
(29) Other (specify) COMCAST                 $ 189.22
(30) Other (specify)                         $_____
(31) Other (specify)                         $_____
(32) Total Actual Personal Expenses Paid (22 $ 2747.83

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ 3900.53
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $ 648.98
(35) Net Excess Income (line 33 - line 34) $_____
*carry amount on line 35 to next month line 20*

**EXHIBIT D**

1:47 PM
07/20/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### June 2018

|  | Jun 18 |
|---|---:|
| **Income** | |
|   3000 · Sales | |
|     3011 · Sales - Food | 9,089.62 |
|     3015 · Sales Tax Discount | 5.45 |
|     3040 · Sales Tax Collected | 539.93 |
|   Total 3000 · Sales | 9,635.00 |
| **Total Income** | 9,635.00 |
| **Cost of Goods Sold** | |
|   4000 · Cost of sales | |
|     4060 · Food Purchases | 2,369.50 |
|   Total 4000 · Cost of sales | 2,369.50 |
| **Total COGS** | 2,369.50 ✱ |
| **Gross Profit** | 7,265.50 |
| **Expense** | |
|   4100 · Sales Tax Paid | 539.93 |
|   5050 · Advertising | |
|     5055 · Advertising | 300.00 |
|   Total 5050 · Advertising | 300.00 |
|   5100 · Automobile and Truck Expenses | |
|     5105 · Auto/Truck Expense | 100.89 |
|   Total 5100 · Automobile and Truck Expenses | 100.89 |
|   5150 · Commissions and Fees | |
|     5155 · Bank/Service Charges | 293.82 |
|   Total 5150 · Commissions and Fees | 293.82 |
|   5300 · Insurance | |
|     5310 · Business Insurance | 133.00 |
|   Total 5300 · Insurance | 133.00 |
|   5500 · Rent or Lease | |
|     5505 · Building Rent | 500.00 |
|   Total 5500 · Rent or Lease | 500.00 |
|   5600 · Supplies | |
|     5605 · Disposable Paper/Plastics | 140.30 |
|   Total 5600 · Supplies | 140.30 |
|   5650 · Taxes & Licenses | |
|     5655 · Employer FICA | 66.94 |
|     5660 · PA UC Fund | 63.79 |
|     5665 · Federal UC | 5.25 |
|   Total 5650 · Taxes & Licenses | 135.98 |
|   5750 · Utilities | |
|     5755 · Electric | 715.05 |
|     5760 · Propane | 416.31 |
|     5765 · Telephone | 132.08 |
|     5775 · Trash | 100.00 |
|   Total 5750 · Utilities | 1,363.44 |
|   5805 · Gross Payroll - Member | 875.00 |
|   5850 · Other Expenses | |
|     5855 · Linen | 56.00 |
|     5865 · Security System | 60.00 |

1:47 PM
07/20/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### June 2018

|  | Jun 18 |
|---|---:|
| Total 5850 · Other Expenses | 116.00 |
| **Total Expense** | 4,498.36 ✳ |
| **Net Income** | 2,767.14 |

## Cerimele Giovanni

| Company | Period Begin | Division |
|---|---|---|
| F978 | 5/14/2018 | |
| Number | Period End | Branch |
| 122 | 5/27/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 6/7/2018 | 31 |
| Hire Date | Check Number | Team |
| 12/18/2017 | -99981287 | |

**Stoltzfus Feed & Supply, Inc.**  PO Box 427
Gap PA 17527 717-442-8280

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 56.25 | 1125.00 | 4469.40 |
| Overtime | 1/1/31 | 30.00 | 4.00 | 120.00 | 120.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 975.00 | 6279.00 |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| **Total Earnings** | | | 60.25 | 2220.00 | 10868.40 |
| **NET PAY** | | 1692.69 | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (2220.00) | 265.80 | 992.46 |
| OASDI (2220.00) | 137.64 | 673.85 |
| Medicare (2220.00) | 32.19 | 157.59 |
| PA (SM/0) (2220.00) | 68.15 | 333.65 |
| PA-EE SUI(2220.00) | 1.33 | 6.52 |
| West Caln TWP Resident(2220.00) | 22.20 | 108.70 |
| Net Pay Direct 00073XXXX | 1692.69 | 8178.33 |
| Total Deductions | 2220.00 | 10451.10 |
| Total Direct Deposits | 1692.69 | |
| Check Amount | 0.00 | 417.30 |

---

## Cerimele Giovanni

| Company | Period Begin | Division |
|---|---|---|
| F978 | 5/28/2018 | |
| Number | Period End | Branch |
| 122 | 6/10/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 6/21/2018 | 31 |
| Hire Date | Check Number | Team |
| 12/18/2017 | -99981156 | |

**Stoltzfus Feed & Supply, Inc.**  PO Box 427
Gap PA 17527 717-442-8280

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 57.50 | 1150.00 | 5619.40 |
| Overtime | | 0.00 | | | 120.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 845.00 | 7124.00 |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| **Total Earnings** | | | 57.50 | 1995.00 | 12863.40 |
| **NET PAY** | | 1543.68 | | | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1995.00) | 216.30 | 1208.76 |
| OASDI (1995.00) | 123.69 | 797.54 |
| Medicare (1995.00) | 28.93 | 186.52 |
| PA (SM/0) (1995.00) | 61.25 | 394.90 |
| PA-EE SUI(1995.00) | 1.20 | 7.72 |
| West Caln TWP Resident(1995.00) | 19.95 | 128.65 |
| Net Pay Direct 00073XXXX | 1543.68 | 9722.01 |
| Total Deductions | 1995.00 | 12446.10 |
| Total Direct Deposits | 1543.68 | |
| Check Amount | 0.00 | 417.30 |

PASQUALE'S PIZZA EXPRESS LLC  
3060 COMPASS RD  
HONEYBROOK, PA 19344  

Giovanni Cerimele  
108 Clysdale Circle  
Honey Brook, PA 19344  

| Employee Pay Stub | | Check number: Cash | | | | Pay Period: 06/01/2018 - 06/30/2018 | | Pay Date: 06/30/2018 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | | ***-**-9591 | Single/Withhold | Fed-0/58/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 5,250.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local | | | -8.75 | -52.50 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -127.07 | -757.46 |
| Social Security Employee | | | -54.25 | -325.50 |
| Medicare Employee | | | -12.69 | -76.13 |
| PA - Withholding | | | -26.86 | -161.16 |
| PA - Unemployment Employee | | | -0.53 | -3.15 |
| | | | -230.15 | -1,375.90 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | | -5.00 |
| **Net Pay** | | | 644.85 | 3,869.10 |

Page 1 of 4    06/29/18
PA    1390003488221



717-56-01-00 10639  14 C 001 28 S  66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA  19344-9071

# Your account statement
For 06/29/2018

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

**Your account security is our top priority.** That's why BB&T will soon be providing interactive alerts on Business Debit Card transactions. If BB&T suspects fraud, primary account owners who have provided contact information will be automatically contacted through a text, email, Small Business Online banking, U by BB&T or phone. Account owners will be able to respond immediately to secure all cards on the account including those that employees use. Interactive alerts will be automatically included with your BB&T Business Debit Cards.

BB&T. Member FDIC.

BUSINESS VALUE 200 1390003488221

## Account summary

| | |
|---|---|
| Your previous balance as of 05/31/2018 | $1,722.09 |
| Checks | - 4,914.79 |
| Other withdrawals, debits and service charges | - 2,870.96 |
| Deposits, credits and interest | + 7,701.68 |
| Your new balance as of 06/29/2018 | = $1,638.02 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/01 | 250 | 300.00 | 06/14 | 257 | 403.00 | 06/28 | 262 | 700.00 |
| 06/01 | *252 | 417.00 | 06/21 | 258 | 500.00 | 06/29 | 263 | 149.00 |
| 06/05 | 253 | 56.00 | 06/22 | 259 | 149.00 | 06/22 | *870018 | 371.48 |
| 06/07 | *255 | 500.00 | 06/25 | 260 | 416.31 | 06/04 | *975079 | 500.00 |
| 06/08 | 256 | 257.00 | 06/29 | 261 | 196.00 | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $4,914.79

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | ACH CORP DEBIT FEES     BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 281.82 |
| 06/04 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 06-03 855-246-2461   FL 1228 | 55.00 |
| 06/04 | DEBIT CARD PURCHASE PAYPAL *SHLOMIHEN4 06-02 402-935-7733   CA 1228 | 16.18 |
| 06/12 | DEBIT CARD PURCHASE TURKEY HILL #0118 06-10 GAP          PA 1228 | 100.89 |
| 06/12 | DEBIT CARD PURCHASE COMCAST 06-12 800-COMCAST    NJ 1228 | 189.22 |
| 06/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270856665660417 | 260.96 |
| 06/18 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 515.05 |
| 06/18 | DEBIT CARD PURCHASE PAYPAL *LUPING16 06-16 402-935-7733   CA 1228 | 19.99 |
| 06/19 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 132.08 |
| 06/20 | BUS ONLINE BILL PAYMENT ONLINE PMT MONITRONICS PASQUALES PIZZA EXPRES | 60.00 |
| 06/20 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 |

*continued*

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/20 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |
| 06/20 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 200.00 |
| 06/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000003196415 CUSTOMER ID 472651416 | 510.84 |
| 06/21 | SERVICE CHARGES - PRIOR PERIOD | 12.00 |
| 06/25 | DEBIT CARD PURCHASE PAYPAL *WEI TZU 06-23 402-935-7733   CA  1228 | 5.95 |
| 06/25 | DEBIT CARD PURCHASE PAYPAL *CERTBATTER 06-24 402-935-7733   CA  1228 | 10.98 |
| 06/29 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUELES PIZZA | 300.00 |
| Total other withdrawals, debits and service charges | | = $2,870.96 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 141.97 |
| 06/04 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 78.21 |
| 06/04 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 237.58 |
| 06/04 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 257.10 |
| 06/04 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 674.70 |
| 06/05 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 191.22 |
| 06/07 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 272.71 |
| 06/08 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 235.19 |
| 06/11 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 108.08 |
| 06/11 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 234.60 |
| 06/11 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 326.22 |
| 06/11 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 444.78 |
| 06/12 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 458.07 |
| 06/14 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 197.42 |
| 06/15 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 135.42 |
| 06/18 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 64.12 |
| 06/18 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 464.48 |
| 06/18 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 568.89 |
| 06/19 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 63.82 |
| 06/19 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 288.21 |
| 06/21 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 51.89 |
| 06/21 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 190.41 |
| 06/22 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 111.92 |
| 06/25 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 329.84 |
| 06/25 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 428.82 |
| 06/25 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 562.26 |
| 06/26 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 221.04 |
| 06/28 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 164.62 |
| 06/29 | DEPOSIT    BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 198.09 |
| Total deposits, credits and interest | | = $7,701.68 |