## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE
Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of AUGUST, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 9-11-18                              X _____
                                                            Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 08/18

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 8562.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Ot (sum of 5 through 16) | $ 7993.64 |
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 568.36 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From PART-TIME | $ 5134.30 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 6347.51 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1169.00 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 289.22 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ 57.74 |
| (27) | Other (specify) STATE FARM | $ 100.00 |
| (28) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 2042.44 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 4305.07 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 667.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

9:48 AM
09/17/18
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### August 2018

|  | Aug 18 |
|---|---:|
| **Income** | |
| **3000 · Sales** | |
| 3011 · Sales - Food | 8,077.36 |
| 3015 · Sales Tax Discount | 4.85 |
| 3040 · Sales Tax Collected | 479.79 |
| **Total 3000 · Sales** | 8,562.00 |
| **Total Income** | 8,562.00 |
| **Cost of Goods Sold** | |
| **4000 · Cost of sales** | |
| 4060 · Food Purchases | 3,862.40 |
| **Total 4000 · Cost of sales** | 3,862.40 |
| **Total COGS** | 3,862.40 ✳ |
| **Gross Profit** | 4,699.60 |
| **Expense** | |
| 4100 · Sales Tax Paid | 479.79 |
| **5050 · Advertising** | |
| 5055 · Advertising | 300.00 |
| **Total 5050 · Advertising** | 300.00 |
| **5100 · Automobile and Truck Expenses** | |
| 5105 · Auto/Truck Expense | 73.10 |
| **Total 5100 · Automobile and Truck Expenses** | 73.10 |
| **5150 · Commissions and Fees** | |
| 5155 · Bank/Service Charges | 285.76 |
| **Total 5150 · Commissions and Fees** | 285.76 |
| **5300 · Insurance** | |
| 5310 · Business Insurance | 133.00 |
| **Total 5300 · Insurance** | 133.00 |
| **5500 · Rent or Lease** | |
| 5505 · Building Rent | 1,000.00 |
| **Total 5500 · Rent or Lease** | 1,000.00 |
| **5600 · Supplies** | |
| 5605 · Disposable Paper/Plastics | 288.60 |
| **Total 5600 · Supplies** | 288.60 |
| **5650 · Taxes & Licenses** | |
| 5655 · Employer FICA | 66.94 |
| 5660 · PA UC Fund | 63.80 |
| 5665 · Federal UC | 5.25 |
| **Total 5650 · Taxes & Licenses** | 135.99 |
| **5750 · Utilities** | |
| 5755 · Electric | 350.00 |
| 5765 · Telephone | 150.00 |
| 5775 · Trash | 60.00 |
| **Total 5750 · Utilities** | 560.00 |
| 5805 · Gross Payroll - Member | 875.00 |
| **Total Expense** | 4,131.24 ✳ |
| **Net Income** | 568.36 |

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | | Pay Period: 08/01/2018 - 08/31/2018 | | Pay Date: 08/31/2018 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | ***-**-9591 | Single/Withhold | Fed-0/58/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 7,000.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local | | | -8.75 | -70.00 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -127.07 | -1,011.62 |
| Social Security Employee | | | -54.25 | -434.00 |
| Medicare Employee | | | -12.69 | -101.50 |
| PA - Withholding | | | -26.86 | -214.88 |
| PA - Unemployment Employee | | | -0.53 | -4.20 |
| | | | -230.15 | -1,836.20 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | | -5.00 |
| **Net Pay** | | | **644.85** | **5,158.80** |

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344

## Stoltzfus Feed & Supply, Inc.
PO Box 427
Gap PA 17527747-442-8280

**Giovanni Cerimele**

| Company | Period Begin | Division |
| --- | --- | --- |
| F978 | 7/9/2018 | |
| Number | Period End | Branch |
| 122 | 7/22/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 8/2/2018 | 31 |
| Hire Date | Check Number | Team |
| 12/18/2017 | ~99980747 | |

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
| --- | --- | --- | --- | --- | --- |
| Regular | 1/1/31 | 20.00 | 73.75 | 1475.00 | 10271.00 |
| Overtime | 1/1/31 | 30.00 | 12.58 | 377.40 | 622.50 |
| Holiday | | 0.00 | 0.00 | | 160.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 845.00 | 9379.50 |
| | | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | | |
| **Total Earnings** | | | 86.33 | 2697.40 | 20433.00 |
| **NET PAY** | | | | 1966.42 | |

### Deductions

| Description | Current | Year To Date |
| --- | --- | --- |
| Fed (S/1) (2633.43) | 356.76 | 21... |
| OASDI (2633.43) | 163.27 | 12... |
| Medicare (2633.43) | 38.18 | 28... |
| PA (SM/0) (2633.43) | 80.85 | 62... |
| PA-EE SUI(2697.40) | 1.62 | 1... |
| West Cain TWP Resident(2633.43) | 26.33 | 202... |
| Med 125 | 63.97 | 191... |
| Net Pay Direct 00073XXXX | 1966.42 | 15275... |
| **Total Deductions** | | 20015... |
| **Total Direct Deposits** | 1966.42 | |
| **Check Amount** | 0.00 | 417... |

**Stoltzfus Feed & Supply, Inc.**  PO Box 427, Gap PA 17527 717-442-8280

anni Cerimele

| | | |
|---|---|---|
| Period Begin 7/23/2018 | Division | |
| Period End 8/5/2018 | Branch | |
| Check Date 8/16/2018 | Department 31 | |
| Check Number -99980610 | Team | |

Security # X-XX-0696
Date /18/2017

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 65.58 | 1311.60 | 11582.60 |
| Overtime | | 0.00 | | | 622.50 |
| Holiday | | 0.00 | | | 160.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 663.00 | 10042.50 |
| | | 0.00 | | | |
| | | 0.00 | | | |
| | | 0.00 | | | |
| | | 0.00 | | | |
| Total Earnings | | | 65.58 | 1974.60 | 22407.60 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1910.63) | 197.74 | 2361.80 |
| OASDI (1910.63) | 118.46 | 1373.42 |
| Medicare (1910.63) | 27.70 | 321.19 |
| PA (SM/0) (1910.63) | 58.66 | 680.06 |
| PA-EE SUI(1974.60) | 1.18 | 13.45 |
| West Caln TWP Resident(1910.63) | 19.11 | 221.53 |
| Med 125 | 63.97 | 255.88 |
| Net Pay Direct 00073XXXX | 1487.78 | 16762.97 |
| Total Deductions | 1974.60 | 21990.30 |

| | | |
|---|---|---|
| Total Direct Deposits | 1487.78 | |
| NET PAY | Check Amount | 0.00 417.30 |

# Stoltzfus Feed & Supply, Inc.
PO Box 427
Gap PA 17527 717-442-8200

**Giovanni Cerimele**

| | | |
|---|---|---|
| Company F978 | Period Begin 8/6/2018 | Division |
| Number 122 | Period End 8/19/2018 | Branch |
| Social Security # XXX-XX-0696 | Check Date 8/30/2018 | Department 31 |
| Hire Date 12/18/2017 | Check Number 99980471 | Team |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 73.50 | 1470.00 | 13052.60 |
| Overtime | 1/1/31 | 30.00 | 3.75 | 112.50 | 735.00 |
| Holiday | | 0.00 | 0.00 | | 160.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 682.50 | 10725.00 |
| | | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | | |
| | | 0.00 | 0.00 | | |
| **Total Earnings** | | | 77.25 | 2265.00 | 24672.60 |
| **NET PAY** | | | | 1680.10 | |

## Deductions

| Description | Current |
|---|---|
| Fed (S/1) (2201.03) | 261.63 |
| OASDI (2201.03) | 136.46 |
| Medicare (2201.03) | 31.91 |
| PA (SM/0) (2201.03) | 67.57 |
| PA-EE SUI (2265.00) | 1.36 |
| West Cain TWP Resident (2201.03) | 22.00 |
| Med 125 | |
| Net Pay Direct 0007XXXX | 63.97 |
| **Total Deductions** | 1680.10 |
| **Check Amount** | |
| Total Direct Deposits | 1680.10 |
| | 2265.00 |
| | 0.00 |



Page 1 of 4    08/31/18
PA     1390003488221



717-58-01-00 10639   13 C 001 28 S  66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA   19344-9071

# Your account statement
For 08/31/2018

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## New BB&T Credit Cards Now Available

Whether you want to go low interest, earn cash back or make travel more rewarding, we have a credit card to fit your lifestyle. Our new BB&T Spectrum Cash Rewards and BB&T Spectrum Travel Rewards credit cards earn rewards on the things that matter to you such as everyday purchases, travel expenses and more. Or, if a low interest card is what you need, the BB&T Bright credit card is always a bright idea. Apply online at BBT.com or visit your local BB&T financial center.

BB&T Member FDIC. Credit cards are subject to credit approval.

### ■ BUSINESS VALUE 200 1390003488221

**Account summary**

| | |
|---|---|
| Your previous balance as of 07/31/2018 | $2,286.35 |
| Checks | - 5,348.48 |
| Other withdrawals, debits and service charges | - 3,043.06 |
| Deposits, credits and interest | + 7,039.13 |
| Your new balance as of 08/31/2018 | = $935.94 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 08/02 | 275 | 800.00 | 08/20 | *281 | 300.00 | 08/31 | 285 | 183.00 |
| 08/03 | 276 | 226.00 | 08/23 | 282 | 783.00 | 08/27 | *870020 | 371.48 |
| 08/09 | 277 | 332.00 | 08/24 | 283 | 214.00 | 08/06 | *975092 | 500.00 |
| 08/10 | 278 | 168.00 | 08/30 | 284 | 441.00 | 08/27 | *975097 | 500.00 |
| 08/16 | 279 | 530.00 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $5,348.48

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/01 | BB&T 24 CASH WITHDRAWAL 07-31-18       1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 08/01 | ACH CORP DEBIT FEES     BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 285.76 |
| 08/03 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 08-02 855-246-2461   FL 1228 | 55.00 ✓ |
| 08/03 | INTERNET PAYMENT TAXPAYMENT KEYSTONE 2480185 | 26.25 |
| 08/10 | DEBIT CARD PURCHASE COMCAST 08-10 800-COMCAST    NJ 1228 | 189.22 ✓ |
| 08/13 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 150.00 |
| 08/15 | DEBIT CARD PURCHASE-PIN 08-15-18 PARKESBURG   PA 1228 WAWA 263 | 22.74 ✓ |
| 08/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270862751280348 | 260.95 |
| 08/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000004312385 CUSTOMER ID 472651416 | 457.78 |
| 08/21 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUELES PIZZA | 300.00 |
| 08/22 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 60.00 |

continued

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/22 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 100.00 |
| 08/22 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |
| 08/22 | DEBIT CARD PURCHASE TURKEY HILL #0118 08-21 GAP    PA 1228 | 50.36 |
| 08/24 | DEBIT CARD PURCHASE PTC EZ PASS AUTO R 08-23 877-736-6727  PA 1228 | 35.00 |
| 08/30 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 350.00 |

Total other withdrawals, debits and service charges = $3,043.06

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 199.09 |
| 08/03 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 205.08 |
| 08/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 39.57 |
| 08/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 175.71 |
| 08/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 413.37 |
| 08/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 479.41 |
| 08/07 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 200.36 |
| 08/09 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 102.64 |
| 08/10 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 126.00 |
| 08/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 260.17 |
| 08/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 319.30 |
| 08/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 357.41 |
| 08/14 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 155.57 |
| 08/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 175.05 |
| 08/17 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 182.45 |
| 08/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 243.50 |
| 08/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 485.03 |
| 08/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 699.97 |
| 08/21 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 189.01 |
| 08/23 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 184.20 |
| 08/24 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 220.34 |
| 08/27 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 320.33 |
| 08/27 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 373.87 |
| 08/27 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 477.22 |
| 08/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 201.55 |
| 08/30 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 131.11 |
| 08/31 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 121.82 |

Total deposits, credits and interest = $7,039.13