## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE
Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of SEPTEMBER, 2018.

3. All of the information in the Monthly Financial Report is complete, true and

   correct to the best of my knowledge, information and belief.

Date: 11-12-18

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 09/18

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 10548.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Ot $ (sum of 5 through 16) | 6786.98 * |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) $ | 3761.02 |
| (18) | Net Wages From Regular Employment-Del $ | 644.85 |
| (19) | Net Wages From PART-TIME $ | 1907.05 |
| (20) | Amount Carried Over From Last Month $ | |
| (21) | Total Net Monthly Income (sum of 17 thr $ | 6312.92 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1168.37 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 150.00 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) STATE FARM | $ 100.00 |
| (28) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 $ | 1844.85 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) $ | 4468.07 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT $ | 647.00 |
| (35) | Net Excess Income (line 33 - line 34) $ | |

carry amount on line 35 to next month line 20

***EXHIBIT D***

**Giovanni Cerimele**

| | | |
|---|---|---|
| Company F978 | Period Begin 9/3/2018 | Division |
| Number 122 | Period End 9/16/2018 | Branch |
| Social Security # XXX-XX-0696 | Check Date 9/27/2018 | Department 31 |
| Hire Date 12/18/2017 | Check Number -99980218 | Team |

**Stoltzfus Feed & Supply, Inc.**
PO Box 427
Gap, PA 17527  717-442-8280

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 78.25 | 1565.00 | 15842.60 |
| Overtime | | 0.00 | | | 735.00 |
| Holiday | 1/1/31 | 20.00 | 8.00 | 160.00 | 320.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 845.00 | 12220.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (2506.03) | 328.73 | 3127.9 |
| OASDI (2506.03) | 155.37 | 1777.5 |
| Medicare (2506.03) | 36.34 | 415.7 |
| PA (SM/0) (2506.03) | 76.94 | 880.1 |
| PA-EE SUI(2570.00) | 1.54 | 17.4 |
| West Caln TWP Resident | 25.06 | 286.7 |
| Cell Phone Reimburseme | -25.00 | -25.0 |
| Med 125 | 63.97 | 447.7 |
| Net Pay Direct 00073XX | 1907.05 | 21771.9 |

Total Earnings: 86.25  2570.00  29117.60
Total Deductions: 2570.00  28700.3
NET PAY: 1907.05  Total Direct Deposits 1907.05  Check Amount

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | | Pay Period: 09/01/2018 - 09/30/2018 | | Pay Date: 09/30/2018 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | ***-**-9591 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary - Member | | | 875.00 | 7,875.00 | Sick | 0:00 | | 0:00 |
| **Taxes** | | | Current | YTD Amount | Vacation | 0:00 | | 0:00 |
| Local | | | -8.75 | -78.75 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -127.08 | -1,138.70 | | | | |
| Social Security Employee | | | -54.25 | -488.25 | | | | |
| Medicare Employee | | | -12.69 | -114.19 | | | | |
| PA - Withholding | | | -26.86 | -241.74 | | | | |
| PA - Unemployment Employee | | | -0.52 | -4.72 | | | | |
| | | | -230.15 | -2,066.35 | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | |
| LST | | | | -5.00 | | | | |
| **Net Pay** | | | 644.85 | 5,803.65 | | | | |

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344



Page 1 of 4    09/28/18
PA    1390003488221



717-66-01-00 10639  12 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA 19344-9071

## Your account statement
For 09/28/2018

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

### Three Great Business Credit Cards   The Choice is Yours

No matter your preference, there's a BB&T business credit card to meet your needs! Save on interest with the low annual percentage rate **BB&T Bright® for Business credit card**; earn cash back on the things you buy for your business every day with the **BB&T Spectrum Cash Rewards for Business credit card**; or make travel purchases more rewarding with the **BB&T Spectrum Travel Rewards for Business credit card**. Visit BBT.com/SmallBusinessCards or your local BB&T financial center to learn more.

BB&T, Member FDIC. Credit cards are issued by Branch Banking and Trust and are subject to credit approval.

■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---|
| Your previous balance as of 08/31/2018 | $935.94 |
| Checks | - 3,762.92 |
| Other withdrawals, debits and service charges | - 2,636.79 |
| Deposits, credits and interest | + 7,386.75 |
| Your new balance as of 09/28/2018 | = $1,922.98 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/10 | 286 | 192.00 | 09/21 | 290 | 400.00 | 09/28 | 294 | 149.00 |
| 09/07 | 287 | 266.00 | 09/26 | 291 | 225.00 | 09/24 | *870021 | 371.48 |
| 09/17 | 288 | 90.00 | 09/25 | 292 | 169.44 | 09/04 | *975099 | 500.00 |
| 09/13 | 289 | 400.00 | 09/27 | 293 | 500.00 | 09/21 | *975106 | 500.00 |

* indicates a skip in sequential check numbers above this item     Total checks     = $3,762.92

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/04 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 09-02 855-246-2461 FL 1228 | 55.00 |
| 09/04 | ACH CORP DEBIT FEES   BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 272.49 |
| 09/13 | BB&T 24 CASH WITHDRAWAL 09-13-18     1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 09/17 | DEBIT CARD PURCHASE Amazon.com 09-16 Amzn.com/bill  WA 1228 | 38.91 |
| 09/17 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270866041488234 | 260.95 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 60.00 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT MONITRONICS PASQUALES PIZZA EXPRES | 60.00 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 150.00 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 150.00 |
| 09/19 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 300.00 |

*continued*

■ PAGE 1 OF 4

## ■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 13180000004701884 CUSTOMER ID 472651416 | 479.79 |
| 09/21 | SERVICE CHARGES - PRIOR PERIOD | 12.00 |
| 09/26 | DEBIT CARD PURCHASE TURKEY HILL #0118 09-25 GAP        PA 1228 | 97.65 |
| Total other withdrawals, debits and service charges | | = $2,636.79 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 211.76 |
| 09/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 294.89 |
| 09/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 392.43 |
| 09/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 553.82 |
| 09/06 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 103.20 |
| 09/10 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 392.17 |
| 09/10 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 441.32 |
| 09/10 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 455.38 |
| 09/11 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 355.73 |
| 09/13 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 202.43 |
| 09/17 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 77.89 |
| 09/17 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 365.66 |
| 09/17 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 434.60 |
| 09/17 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 634.12 |
| 09/18 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 246.29 |
| 09/20 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 113.65 |
| 09/21 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 270.60 |
| 09/24 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 268.94 |
| 09/24 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 384.64 |
| 09/24 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 390.04 |
| 09/27 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 418.73 |
| 09/28 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 378.46 |
| Total deposits, credits and interest | | = $7,386.75 |

4:04 PM  
11/12/18  
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### September 2018

|  | Sep 18 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|   3011 · Sales - Food | 9,950.94 |
|   3015 · Sales Tax Discount | 5.97 |
|   3040 · Sales Tax Collected | 591.09 |
| Total 3000 · Sales | 10,548.00 |
| **Total Income** | 10,548.00 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|   4060 · Food Purchases | 2,666.40 |
| Total 4000 · Cost of sales | 2,666.40 |
| **Total COGS** | 2,666.40 ✱ |
| **Gross Profit** | 7,881.60 |
| **Expense** | |
| 4100 · Sales Tax Paid | 591.09 |
| 5100 · Automobile and Truck Expenses | |
|   5105 · Auto/Truck Expense | 97.65 |
| Total 5100 · Automobile and Truck Expenses | 97.65 |
| 5150 · Commissions and Fees | |
|   5155 · Bank/Service Charges | 284.49 |
| Total 5150 · Commissions and Fees | 284.49 |
| 5300 · Insurance | |
|   5310 · Business Insurance | 133.00 |
| Total 5300 · Insurance | 133.00 |
| 5400 · Legal & Professional Fees | |
|   5405 · Meyer Accounting Service | 192.00 |
| Total 5400 · Legal & Professional Fees | 192.00 |
| 5500 · Rent or Lease | |
|   5505 · Building Rent | 1,000.00 |
| Total 5500 · Rent or Lease | 1,000.00 |
| 5600 · Supplies | |
|   5605 · Disposable Paper/Plastics | 156.60 |
| Total 5600 · Supplies | 156.60 |
| 5650 · Taxes & Licenses | |
|   5655 · Employer FICA | 66.94 |
|   5660 · PA UC Fund | 63.81 |
|   5665 · Federal UC | 0.00 |
| Total 5650 · Taxes & Licenses | 130.75 |
| 5750 · Utilities | |
|   5755 · Electric | 300.00 |
|   5765 · Telephone | 150.00 |
|   5775 · Trash | 60.00 |
| Total 5750 · Utilities | 510.00 |
| 5805 · Gross Payroll - Member | 875.00 |
| 5850 · Other Expenses | |
|   5860 · Testing/Inspection | 90.00 |
|   5865 · Security System | 60.00 |

4:04 PM
11/12/18
Cash Basis

## PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
September 2018

|  | Sep 18 |
|---|---|
| Total 5850 · Other Expenses | 150.00 |
| Total Expense | 4,120.58 ✶ |
| Net Income | 3,761.02 |