## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: **GIOVANNI CERIMELE**
Chapter 13 Case No.: **13-17-16196**

I, **GIOVANNI CERIMELE**, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **DECEMBER**, 20**18**.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: **1-11-19**

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

*\*\* YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR <u>EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT</u>. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*\*\*\* FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 12/18

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 5585.14 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid On (sum of 5 through 16) | $ 6357.93 * |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ -772.79 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From PART-TIME JOB | $ 2722.22 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 2594.28 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1168.47 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 150.00 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (28) | Other (specify) COMCAST | $ 92.61 |
| (29) | Other (specify) STATE FARM | $ 100.00 |
| (30) | Other (specify) EZ PASS | $ 239.00 |
| (31) | Other (specify) FEES | $ 141.50 |
| (32) | Total Actual Personal Expenses Paid (22 | $ |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 647.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

carry amount on line 35 to next month line 20

**EXHIBIT D**

4:56 PM
01/10/19
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### December 2018

|  | Dec 18 |
|---|---:|
| **Income** | |
| **3000 · Sales** | |
| 3011 · Sales - Food | 5,269.00 |
| 3015 · Sales Tax Discount | 3.16 |
| 3040 · Sales Tax Collected | 312.98 |
| **Total 3000 · Sales** | 5,585.14 |
| **Total Income** | 5,585.14 |
| **Cost of Goods Sold** | |
| **4000 · Cost of sales** | |
| 4060 · Food Purchases | 2,538.96 |
| **Total 4000 · Cost of sales** | 2,538.96 |
| **Total COGS** | 2,538.96 * |
| **Gross Profit** | 3,046.18 |
| **Expense** | |
| 4100 · Sales Tax Paid | 312.98 |
| **5050 · Advertising** | |
| 5055 · Advertising | 496.00 |
| **Total 5050 · Advertising** | 496.00 |
| **5100 · Automobile and Truck Expenses** | |
| 5105 · Auto/Truck Expense | 189.58 |
| **Total 5100 · Automobile and Truck Expenses** | 189.58 |
| **5150 · Commissions and Fees** | |
| 5155 · Bank/Service Charges | 243.73 |
| **Total 5150 · Commissions and Fees** | 243.73 |
| **5300 · Insurance** | |
| 5310 · Business Insurance | 133.00 |
| **Total 5300 · Insurance** | 133.00 |
| **5400 · Legal & Professional Fees** | |
| 5405 · Meyer Accounting Service | 534.00 |
| **Total 5400 · Legal & Professional Fees** | 534.00 |
| **5500 · Rent or Lease** | |
| 5505 · Building Rent | 500.00 |
| **Total 5500 · Rent or Lease** | 500.00 |
| **5600 · Supplies** | |
| 5605 · Disposable Paper/Plastics | 140.40 |
| **Total 5600 · Supplies** | 140.40 |
| **5650 · Taxes & Licenses** | |
| 5655 · Employer FICA | 66.94 |
| 5660 · PA UC Fund | 27.34 |
| 5665 · Federal UC | 0.00 |
| **Total 5650 · Taxes & Licenses** | 94.28 |
| **5750 · Utilities** | |
| 5755 · Electric | 300.00 |
| **Total 5750 · Utilities** | 300.00 |
| 5805 · Gross Payroll - Member | 875.00 |
| **Total Expense** | 3,818.97 * |

Page 1

4:56 PM
01/10/19
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### December 2018

|  | Dec 18 |
|---|---|
| Net Income | -772.79 |

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | | | Pay Period: 12/01/2018 - 12/31/2018 | | Pay Date: 12/31/2018 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | | | ***-**-9591 | Single/Withhold | Fed-0/58/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 10,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local | -8.75 | -105.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -127.07 | -1,519.93 |
| Social Security Employee | -54.25 | -651.00 |
| Medicare Employee | -12.69 | -152.25 |
| PA - Withholding | -26.86 | -322.32 |
| PA - Unemployment Employee | -0.53 | -6.30 |
| | -230.15 | -2,756.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | | -5.00 |

| Net Pay | 644.85 | 7,738.20 |
|---|---|---|

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344

**Giovanni Cerimele** — Stoltzfus Feed & Supply, Inc.
PO Box 427, Gap, PA 17527

| Company | Period Begin | Division |
|---|---|---|
| F978 | 11/12/2018 | |
| Number | Period End | Branch |
| 122 | 11/25/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 12/6/2018 | 31 |
| Hire Date | Check Number | Team |
| 12/18/2017 | 99979588 | |

### Earnings

| Description | Location/Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 66.61 | 1332.20 | 22949.60 |
| Overtime | | 0.00 | | | 762.30 |
| Holiday | 1/1/31 | 20.00 | 8.00 | 160.00 | 180.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 429.00 | 14105.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1857.23) | 185.99 | 4004.50 |
| OASDI (1857.23) | 115.15 | 2326.81 |
| Medicare (1857.23) | 26.93 | 544.16 |
| PA (SM/0) (1857.23) | 57.02 | 1152.15 |
| PA EE SUI (1921.20) | 1.15 | 22.99 |
| West Cain TWP Resident | 18.57 | 375.29 |
| Cell Phone Reimbursement | | 75.00 |
| Med 125 | 63.97 | 767.64 |
| Net Pay Direct 00073XXX | 1452.42 | 28761.07 |

| Total Earnings | | 74.61 | 1921.20 | 38826.90 | Total Deductions | 1921.20 | |
|---|---|---|---|---|---|---|---|
| **NET PAY** | | 1452.42 Total Direct Deposits | | | 1452.42 Check Amount | 0.00 | |



**Giovanni Cerimele**

Stoltzfus Feed & Supply, Inc.
PO Box 427
Gap, PA 17527 717-442-8280

| Rate | Hours | Current | Year To Date | Deductions Description | Current | Year To Date |
|---|---|---|---|---|---|---|
| 20.00 | 10.00 | 200.00 | 23149.60 | Fed (S/1) (1576.03) | 145.57 | 4150.0 |
| 0.00 | | | 762.30 | OASDI (1576.03) | 97.71 | 2424.5 |
| 20.00 | 40.00 | 800.00 | 800.00 | Medicare (1576.03) | 22.85 | 567.0 |
| 0.00 | | | 480.00 | PA (SM/0) (1576.03) | 48.38 | 1200.5 |
| 20.00 | 32.00 | 640.00 | 640.00 | PA-EE SUI (1640.00) | 0.98 | 23.9 |
| 0.00 | | | 14105.00 | West Caln TWP Residen' | 15.76 | 391.0 |
| | | | | Cell Phone Reimburseme | -25.00 | -100.0 |
| | | | | Med 125 | 63.97 | 831.6 |
| | | | | Net Pay Direct 07359XX | 1269.78 | 30030.8 |



Page 1 of 4    12/31/18
PA    1390003488221



BB&T

717-56-01-00 10839  II C 001 28 S  68 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA   19344-9071

# Your account statement
For 12/31/2018

**Contact us**

 BBT.com

 (800) BANK BBT
(800) 226-5228

## Three Great Business Credit Cards – The Choice is Yours

No matter your preference, there's a BB&T business credit card to meet your needs. Save on interest with the low annual percentage rate on our BB&T Bright® for Business credit card. Earn cash back on the things you buy for your business every day with the BB&T Spectrum Cash Rewards for Business credit card or make travel purchases more rewarding with the BB&T Spectrum Travel Rewards for Business credit card. Visit BBT.com/SmallBusinessCards or your local BB&T financial center to learn more.

BB&T, Member FDIC. Credit cards are issued by Branch Banking and Trust and are subject to credit approval.

## ■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---|
| Your previous balance as of 11/30/2018 | $1,451.65 |
| Checks | − 2,808.46 |
| Other withdrawals, debits and service charges | − 2,384.49 |
| Deposits, credits and interest | + 6,159.30 |
| Your new balance as of 12/31/2018 | = $4,954.90 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|
| 12/06 | 317 | 141.50 | 12/20 | | |
| 12/13 | 318 | 404.00 | 12/28 | | |
| 12/19 | 319 | 634.00 | 12/28 | | |
| 12/24 | 320 | 300.00 | 12/28 | | |

\* indicates a skip in sequential check numbers above this item

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION |
|---|---|
| 12/03 | DEBIT CARD RECURRING PYMT CRICKET |
| 12/03 | ACH CORP DEBIT FEES BKOF PRINCETON |
| 12/10 | DEBIT CARD RECURRING PYMT |
| 12/11 | DEBIT CARD PURCHASE |
| 12/12 | DEBIT CARD PURCHASE |
| 12/14 | DEBIT CARD PURCHASE |
| 12/17 | ACH CORP DEBIT USA TAX PYMT |
| 12/20 | ACH CORP DEBIT PA SALES |
| 12/27 | PURCHASE |
| 12/31 | BUS ONLINE BILL PAYMENT |

**BUSINESS VALUE 200 1390003488221 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 12/31 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 150.00 |
| 12/31 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 300.00 |
| 12/31 | DEBIT CARD PURCHASE TURKEY HILL #0118 12-28 GAP    PA 1228 | 80.23 |

Total other withdrawals, debits and service charges = $2,384.49

**Deposits, credits and Interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 12/07 | COUNTER DEPOSIT | 500.00 |
| 12/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 120.34 |
| 12/14 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 234.83 |
| 12/17 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 170.56 |
| 12/17 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 423.50 |
| 12/17 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 601.44 |
| 12/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 268.18 |
| 12/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 128.70 |
| 12/21 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 196.21 |
| 12/24 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 110.48 |
| 12/24 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 395.41 |
| 12/24 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 424.92 |
| 12/24 | DEPOSIT | 1,235.70 |
| 12/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 19.87 |
| 12/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 285.07 |
| 12/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 196.48 |
| 12/31 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 160.42 |
| 12/31 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 524.08 |

Total deposits, credits and interest = $6,195.20

---

### AMENDMENT TO THE BUSINESS SERVICES PRODUCT AND PRICING GUIDE

Effective February 10, 2019, the Overdraft Protection Transfer fee from a linked BB&T Business Visa® Credit Card will be 4% of each overdraft transfer ($10.00 minimum, $75.00 maximum). The fee will be charged to the BB&T Business Visa Credit Card. Limit one fee per linked account, per day. Please refer to your BB&T Commercial Card Plan Agreement for applicable rates and fees when using a linked BB&T Business Visa Credit Card.

Impacted products: all commercial checking accounts, except Business Value 500 Checking. The fee does not apply to Business Value 500 Checking.

Overdraft Transfer Fee thru other, non- BB&T Business Visa® Credit Card sources remains unchanged at $15.00 per transfer. Limit one fee per linked account per day and does not apply to Business Value 500 Checking clients.

Continued use of your account after February 10, 2019 constitutes your acceptance. To obtain a current Business Services Pricing Guide, contact your local BB&T financial center, visit bbt.com or call BB&T (1-800-226-5228) to request a current copy.

### BB&T Overdraft Fees and Options

1. Overdraft Protection is available through linking your checking account to another account.
2. Available funds can be transferred between accounts manually or automatically to avoid overdraft or returned item fees.
3. Accounts available as a single funding source to link as overdraft protection are: Savings, Checking, Investor's Deposit Account, BB&T Business Visa® Credit Card, BB&T Line of Credit.
4. Refer to your BB&T Commercial Card Plan Agreement for applicable rates and fees when using a linked BB&T Business Visa Credit Card.