# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE
Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of OCTOBER, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 12-10-18

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS LLC
For the Month & Year (1/05, etc.): 10/18

**BUSINESS INCOME:**
| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | |
| (2) | Other (Specify) | $ | |
| (3) | Other (Specify) | $ | |
| (4) | Total Actual Income (1+2+3) | $ | 8952.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ | |
| (7) | Telephone | $ | |
| (8) | Insurance | $ | |
| (9) | Wages for Employees | $ | |
| (10) | Wages for Self/Owner(s) | $ | |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | |
| (13) | Other (Specify) | $ | |
| (14) | Other (Specify) | $ | |
| (15) | Other (Specify) | $ | |
| (16) | Total Actual Business Expenses Paid Ot (sum of 5 through 16) | $ | 8516.01 ✱ |

| | | | |
|---|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ | 435.99 |
| (18) | Net Wages From Regular Employment-Del | $ | 644.85 |
| (19) | Net Wages PART-TIME | $ | 3003.41 |
| (20) | Amount Carried Over From Last Month | $ | |
| (21) | Total Net Monthly Income (sum of 17 thr | $ | 4084.25 |

**PERSONAL**
| | | | |
|---|---|---|---|
| (22) | Rent/Mortgage | $ | 1168.37 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ | 200.00 |
| (24) | Telephone | $ | 55.00 |
| (25) | Food | $ | |
| (26) | Transportation (fuel, tolls, parking) | $ | |
| (27) | Other (specify) STATE FARM | $ | 230.00 |
| (28) | Other (specify) MEMBERS 1ST | $ | 371.48 |
| (29) | Other (specify) COMCAST | $ | 183.22 |
| (30) | Other (specify) | $ | |
| (31) | Other (specify) | $ | |
| (32) | Total Actual Personal Expenses Paid (22 | $ | 2208.07 |

**NET INCOME (LOSS)**
| | | | |
|---|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ | 1876.18 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ | 647.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ | |

carry amount on line 35 to next month line 20

**EXHIBIT D**

8:49 AM  
12/11/18  
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### October 2018

|  | Oct 18 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|     3011 · Sales - Food | 8,445.28 |
|     3015 · Sales Tax Discount | 5.07 |
|     3040 · Sales Tax Collected | 501.65 |
| Total 3000 · Sales | 8,952.00 |
| **Total Income** | 8,952.00 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|     4060 · Food Purchases | 2,965.46 |
| Total 4000 · Cost of sales | 2,965.46 |
| **Total COGS** | 2,965.46 ✶ |
| **Gross Profit** | 5,986.54 |
| **Expense** | |
| 4100 · Sales Tax Paid | 501.65 |
| 5050 · Advertising | |
|     5055 · Advertising | 300.00 |
| Total 5050 · Advertising | 300.00 |
| 5100 · Automobile and Truck Expenses | |
|     5105 · Auto/Truck Expense | 166.68 |
| Total 5100 · Automobile and Truck Expenses | 166.68 |
| 5150 · Commissions and Fees | |
|     5155 · Bank/Service Charges | 350.23 |
| Total 5150 · Commissions and Fees | 350.23 |
| 5300 · Insurance | |
|     5310 · Business Insurance | 133.00 |
| Total 5300 · Insurance | 133.00 |
| 5400 · Legal & Professional Fees | |
|     5405 · Meyer Accounting Service | 1,076.25 |
| Total 5400 · Legal & Professional Fees | 1,076.25 |
| 5500 · Rent or Lease | |
|     5505 · Building Rent | 500.00 |
| Total 5500 · Rent or Lease | 500.00 |
| 5600 · Supplies | |
|     5605 · Disposable Paper/Plastics | 217.00 |
| Total 5600 · Supplies | 217.00 |
| 5650 · Taxes & Licenses | |
|     5655 · Employer FICA | 66.94 |
|     5660 · PA UC Fund | 63.80 |
|     5665 · Federal UC | 0.00 |
| Total 5650 · Taxes & Licenses | 130.74 |
| 5750 · Utilities | |
|     5755 · Electric | 325.00 |
|     5760 · Propane | 400.00 |
|     5775 · Trash | 100.00 |
| Total 5750 · Utilities | 825.00 |
| 5805 · Gross Payroll - Member | 875.00 |

| 8:49 AM | **PASQUALE'S PIZZA EXPRESS LLC** |
|---|---|
| 12/11/18 | **Profit & Loss** |
| Cash Basis | October 2018 |

|  | Oct 18 |
|---|---:|
| **5850 · Other Expenses** |  |
|     5860 · Testing/Inspection | 225.00 |
|     5870 · Miscellaneous | 250.00 |
| **Total 5850 · Other Expenses** | 475.00 |
| **Total Expense** | 5,550.55 ✻ |
| **Net Income** | 435.99 |



Page 1 of 6        10/31/18
PA      1390003488221



717-56-01-00 10639  14 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA 19344-9071

# Your account statement
For 10/31/2018

**Contact us**
BBT.com
(800) BANK-BBT or
(800) 226-5228

**October is National Cyber Security Awareness Month**

BB&T remains vigilant in fighting cybercrime and educating our clients on how to protect against cyber threats. Here are a few tips to help your business stay safe online:

- Update the security software and operating system on all your internet-connected devices.
- Secure your Wi-Fi network.
- Train employees on cyber threats and how to protect company data.
- Create strong, unique passwords and change them often.
- Beware of fraudulent requests to initiate payments or obtain account information and passwords.
- Stop and think before clicking links or opening attachments in emails, instant messages and online posts.
- Use alerts and review your accounts for suspicious activity.

Learn more security tips at BBT.com/Security

BB&T Member FDIC.

---

■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---|
| Your previous balance as of 09/28/2018 | $1,922.98 |
| Checks | - 4,871.10 |
| Other withdrawals, debits and service charges | - 4,088.20 |
| Deposits, credits and interest | + 9,200.97 |
| Your new balance as of 10/31/2018 | = $2,164.65 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/09 | 295 | 300.00 | 10/05 | 303 | 149.00 | 10/26 | 308 | 149.00 |
| 10/09 | *298 | 250.00 | 10/11 | 304 | 430.00 | 10/29 | 309 | 400.00 |
| 10/01 | 299 | 428.37 | 10/18 | 305 | 410.00 | 10/22 | *870022 | 371.48 |
| 10/03 | 300 | 370.25 | 10/19 | 306 | 183.00 | 10/29 | *975110 | 500.00 |
| 10/04 | *302 | 494.00 | 10/25 | 307 | 436.00 | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $4,871.10

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | ACH CORP DEBIT FEES    BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 350.23 |
| 10/02 | PURCHASE    VALPAKOFPHILADEL XXXX PASQUELES PIZZA | 300.00 |

*continued*

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/03 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 10-02 855-246-2461   FL 1228 | 55.00 |
| 10/03 | BB&T 24 CASH WITHDRAWAL 10-02-18          1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 10/09 | DEBIT CARD PURCHASE-PIN 10-05-18 PARKESBURG   PA 1228 WM SUPERCENTER # | 52.46 |
| 10/09 | BB&T 24 CASH WITHDRAWAL 10-08-18          1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 10/15 | DEBIT CARD PURCHASE COMCAST 10-14 800-COMCAST   NJ 1228 | 183.22 |
| 10/15 | DEBIT CARD PURCHASE TURKEY HILL #0118 10-13 GAP      PA 1228 | 91.68 |
| 10/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270868825292264 | 260.96 |
| 10/17 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 130.00 |
| 10/22 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1318000005066058 CUSTOMER ID 472651416 | 591.09 |
| 10/24 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 |
| 10/24 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |
| 10/26 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 325.00 |
| 10/30 | DEBIT CARD PURCHASE-PIN 10-29-18 PARKESBURG   PA 1228 WAWA 263 | 75.00 |
| 10/31 | ACH CORP DEBIT PAEMPLOYTX COMMWLTHOFPA INT 1318000005093706 CUSTOMER ID 472651416 | 80.58 |
| 10/31 | ACH CORP DEBIT PADLIUCCON UNEMP COMP EFT UCEFT4201820181005 CUSTOMER ID 7484615 | 192.98 |

Total other withdrawals, debits and service charges      = $4,088.20

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 338.33 |
| 10/01 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 472.02 |
| 10/01 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 760.66 |
| 10/02 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 288.07 |
| 10/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 187.34 |
| 10/05 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 136.37 |
| 10/09 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 322.47 |
| 10/09 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 368.71 |
| 10/09 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 406.00 |
| 10/09 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 527.47 |
| 10/10 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 23.87 |
| 10/12 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 93.64 |
| 10/15 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 349.71 |
| 10/15 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 388.34 |
| 10/15 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 668.77 |
| 10/16 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 181.67 |
| 10/18 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 219.22 |
| 10/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 275.83 |
| 10/22 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 265.72 |
| 10/22 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 473.67 |
| 10/22 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 537.02 |
| 10/23 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 148.73 |
| 10/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 400.79 |
| 10/26 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 235.64 |
| 10/29 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 179.21 |
| 10/29 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 288.57 |
| 10/29 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 444.71 |
| 10/30 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 218.42 |

Total deposits, credits and interest      = $9,200.97

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | Check number: Cash | Pay Period: 10/01/2018 - 10/31/2018 | Pay Date: 10/31/2018 |
|---|---|---|---|
| **Employee** | | SSN — Status (Fed/State) | Allowances/Extra |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | ***-**-9591   Single/Withhold | Fed-0/58/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 8,750.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local | | | -8.75 | -87.50 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -127.07 | -1,265.77 |
| Social Security Employee | | | -54.25 | -542.50 |
| Medicare Employee | | | -12.69 | -126.88 |
| PA - Withholding | | | -26.86 | -268.60 |
| PA - Unemployment Employee | | | -0.53 | -5.25 |
| | | | -230.15 | -2,296.50 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | | -5.00 |
| **Net Pay** | | | **644.85** | **6,448.50** |

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344

**Giovanni Cerimele**

| | | |
|---|---|---|
| Company F978 | Period Begin 9/17/2018 | Division |
| Number 122 | Period End 9/30/2018 | Branch |
| Social Security # XXX-XX-0696 | Check Date 10/11/2018 | Department 31 |
| Hire Date 12/18/2017 | Check Number -99980093 | Team |

**Stoltzfus Feed & Supply, Inc.**
PO Box 427
Gap, PA 17527  717-442-8280

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 74.08 | 1481.60 | 17324.20 |
| Overtime | | 0.00 | | | 735.00 |
| Holiday | | 0.00 | | | 320.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 578.50 | 12798.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1996.13) | 216.55 | 3344.5 |
| OASDI (1996.13) | 123.76 | 1901.2 |
| Medicare (1996.13) | 28.94 | 444.6 |
| PA (SM/0) (1996.13) | 61.28 | 941.4 |
| PA-EE SUI(2060.10) | 1.24 | 18.7 |
| West Caln TWP Resident | 19.96 | 306.6 |
| Cell Phone Reimburseme | | -25.0 |
| Med 125 | 63.97 | 511.7 |
| Net Pay Direct 00073XX | 1544.40 | 23316.3 |

| | Hours | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 74.08 | 2060.10 | 31177.70 | Total Deductions | 2060.10 | 30760.4 |
| **NET PAY** | | 1544.40 | Total Direct Deposits | 1544.40 | Check Amount | |

**Stoltzfus Feed & Supply, Inc.**

PO Box 427
Gap, PA 17527 717-442-9280

**Giovanni Cerimele**

Company: F978
Period Begin: 10/1/2018
Division:
Number: 122
Period End: 10/14/2018
Branch:
Social Security #: XXX-XX-0696
Check Date: 10/25/2018
Department: 31
Hire Date: 12/18/2017
Check Number: -99979962
Team:

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 68.67 | 1373.40 | 18697.60 |
| Overtime | | 0.00 | | | 735.00 |
| Holiday | | 0.00 | | | 320.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 520.00 | 13318.50 |
| | | | 68.67 | 1893.40 | 33071.10 |

Total Earnings  1459.01  Total Direct Deposits
NET PAY

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1829.43) | 179.88 | 3524.4 |
| OASDI (1829.43) | 113.42 | 2014.7 |
| Medicare (1829.43) | 26.53 | 471.1 |
| PA (SM/0) (1829.43) | 56.16 | 997.6 |
| PA-EE SUI(1893.40) | 1.14 | 19.8 |
| West Cain TWP Resident | 18.29 | 324.9 |
| Cell Phone Reimburseme | -25.00 | -50.0 |
| Med 125 | 63.97 | 575.7 |
| Net Pay Direct 00073XX | 1459.01 | 24775.3 |
| Total Deductions | 1893.40 | 32653.6 |
| Check Amount | 0.00 | 417. |