# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 11/18

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 6303.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Ot (sum of 5 through 16) | $ 5161.63 |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 1141.37 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages PART-TIME | $ 2533.30 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 4319.52 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1168.37 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 400.00 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) STATE FARM | $ 100.00 |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 1723.37 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 2596.15 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 647.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

4:12 PM
01/03/19
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### November 2018

|  | Nov 18 |
|---|---:|
| **Income** | |
| 3000 · Sales | |
|    3011 · Sales - Food | 5,946.23 |
|    3015 · Sales Tax Discount | 3.57 |
|    3040 · Sales Tax Collected | 353.20 |
| **Total 3000 · Sales** | 6,303.00 |
| **Total Income** | 6,303.00 |
| **Cost of Goods Sold** | |
| 4000 · Cost of sales | |
|    4060 · Food Purchases | 2,386.26 |
| **Total 4000 · Cost of sales** | 2,386.26 |
| **Total COGS** | 2,386.26 ✶ |
| **Gross Profit** | 3,916.74 |
| **Expense** | |
| 4100 · Sales Tax Paid | 353.20 |
| 5050 · Advertising | |
|    5055 · Advertising | 300.00 |
| **Total 5050 · Advertising** | 300.00 |
| 5150 · Commissions and Fees | |
|    5155 · Bank/Service Charges | 275.22 |
| **Total 5150 · Commissions and Fees** | 275.22 |
| 5300 · Insurance | |
|    5310 · Business Insurance | 133.00 |
| **Total 5300 · Insurance** | 133.00 |
| 5600 · Supplies | |
|    5605 · Disposable Paper/Plastics | 151.00 |
| **Total 5600 · Supplies** | 151.00 |
| 5650 · Taxes & Licenses | |
|    5655 · Employer FICA | 66.93 |
|    5660 · PA UC Fund | 63.81 |
|    5665 · Federal UC | 0.00 |
| **Total 5650 · Taxes & Licenses** | 130.74 |
| 5750 · Utilities | |
|    5755 · Electric | 350.00 |
|    5760 · Propane | 142.21 |
|    5775 · Trash | 65.00 |
| **Total 5750 · Utilities** | 557.21 |
| 5805 · Gross Payroll - Member | 875.00 |
| **Total Expense** | 2,775.37 ✶ |
| **Net Income** | 1,141.37 |

Page 1

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

---

| Employee Pay Stub | Check number: Cash | Pay Period: 11/01/2018 - 11/30/2018 | Pay Date: 11/30/2018 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | ***-**-9591 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Salary - Member | | | 875.00 | 9,625.00 | Sick | 0:00 | | 0:00 |
| | | | | | Vacation | 0:00 | | 0:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local | -8.75 | -96.25 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -127.09 | -1,392.86 |
| Social Security Employee | -54.25 | -596.75 |
| Medicare Employee | -12.68 | -139.56 |
| PA - Withholding | -26.86 | -295.46 |
| PA - Unemployment Employee | -0.52 | -5.77 |
| | -230.15 | -2,526.65 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | | -5.00 |

| Net Pay | 644.85 | 7,093.35 |
|---|---|---|

**Giovanni Cerimele**

| Company | Period Begin | Division |
|---|---|---|
| F978 | 10/15/2018 | |
| Number | Period End | Branch |
| 122 | 10/28/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 11/8/2018 | 31 |
| Hire Date | Check Number | Team |
| 12/18/2017 | -99979839 | |

**Stoltzfus Feed & Supply, Inc.**

PO Box 427
Gap, PA 17527 717-442-8280

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 68.66 | 1373.20 | 20070.80 |
| Overtime | 1/1/31 | 30.00 | 0.33 | 9.90 | 744.90 |
| Holiday | | 0.00 | | | 320.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 71.50 | 13390.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1390.63) | 123.32 | 3647.7 |
| OASDI (1390.63) | 86.22 | 2100.9 |
| Medicare (1390.63) | 20.16 | 491.3 |
| PA (SM/0) (1390.63) | 42.69 | 1040.3 |
| PA-EE SUI(1454.60) | 0.87 | 20.7 |
| West Cain TWP Resident | 13.90 | 338.8 |
| Cell Phone Reimburseme | | -50.0 |
| Med 125 | 63.97 | 639.7 |
| Net Pay Direct 00073XX | 1103.47 | 25878.8 |

| | Hours | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 68.99 | 1454.60 | 34525.70 | Total Deductions | 1454.60 | 34108.4 |
| NET PAY | | 1103.47 Total Direct Deposits | 1103.47 | Check Amount | 0.00 | 417.3 |

**Giovanni Cerimele**

| | | |
|---|---|---|
| Company: F978 | Period Begin: 10/29/2018 | Division: |
| Number: 122 | Period End: 11/11/2018 | Branch: |
| Social Security #: XXX-XX-0696 | Check Date: 11/21/2018 | Department: 31 |
| Hire Date: 12/18/2017 | Check Number: -99979715 | Team: |

**Stoltzfus Feed & Supply, Inc.**
PO Box 427
Gap, PA 17527  717-442-8280

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 77.33 | 1546.60 | 21617.40 |
| Overtime | 1/1/31 | 30.00 | 0.58 | 17.40 | 762.30 |
| Holiday | | 0.00 | | | 320.00 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 286.00 | 13676.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1786.03) | 170.77 | 3818.5 |
| OASDI (1786.03) | 110.73 | 2211.6 |
| Medicare (1786.03) | 25.90 | 517.2 |
| PA (SM/0) (1786.03) | 54.83 | 1095.1 |
| PA-EE SUI(1850.00) | 1.11 | 21.8 |
| West Caln TWP Resident | 17.86 | 356.7 |
| Cell Phone Reimburseme | -25.00 | -75.0 |
| Med 125 | 63.97 | 703.6 |
| Net Pay Direct 00073XX | 1429.83 | 27308.6 |

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| Total Earnings | 77.91 1850.00 | 36375.70 | Total Deductions | 1850.00 | 3595?.? |
| NET PAY | 1429.83 | Total Direct Deposits | 1429.83 Check Amount | 0.00 | 417? |



Page 1 of 4    11/30/18
PA    1390003488221



717-56-01-00 10639  7 C 001 28 S  66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA  19344-9071

# Your account statement
For 11/30/2018

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Elimination of a BB&T Debit Card Replacement Fee

BB&T is pleased to announce that effective **Jan. 1, 2019**; the Debit Card Replacement Fee **will be eliminated**. The change will be reflected in the Business Services Product and Pricing Guide you received when you opened your BB&T account. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**All Commercial Checking Accounts:**

| Service | Current Standard Fee | New Fee |
|---|---|---|
| Debit Card Replacement Fee | $5.00 | No Charge |

### ■ BUSINESS VALUE 200  1390003488221

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/31/2018 | $2,164.65 |
| Checks | - 3,178.74 |
| Other withdrawals, debits and service charges | - 4,305.70 |
| Deposits, credits and interest | + 6,771.44 |
| Your new balance as of 11/30/2018 | = $1,451.65 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 11/01 | 310 | 400.00 | 11/08 | 313 | 500.00 | 11/26 | 315 | 610.00 |
| 11/02 | 311 | 149.00 | 11/19 | 314 | 383.00 | 11/27 | 316 | 568.37 |
| 11/01 | 312 | 568.37 | | | | | | |
| | | | | | | Total checks | | = $3,178.74 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/01 | ACH CORP DEBIT FEES    BKCD PROCESSING Pasquales CUSTOMER ID 019668000975661 | 275.52 |
| 11/05 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 200.00 |
| 11/05 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 11-02 855-246-2461   FL 1228 | 55.00 |
| 11/05 | INTERNET PAYMENT TAXPAYMENT KEYSTONE 2564260 | 26.25 |
| 11/07 | BB&T 24 CASH WITHDRAWAL 11-06-18         1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 11/13 | DEBIT CARD PURCHASE Pasquales 11-10 Honey Brook   PA 1228 | 0.01 |
| 11/13 | DEBIT CARD PURCHASE Amazon.com*M81MN2S 11-12 Amzn.com/bill WA 1228 | 48.64 |
| 11/13 | DEBIT CARD PURCHASE TURKEY HILL #0118 11-12 GAP         PA 1228 | 84.61 |

continued

**BUSINESS VALUE 200 1390003488221 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/14 | BB&T 24 CASH WITHDRAWAL 11-13-18    1228 HONEY BROOK HONEY BROOK PA | 600.00 |
| 11/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270871960712416 | 260.95 |
| 11/20 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUELES PIZZA | 300.00 |
| 11/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 13180000005928564 CUSTOMER ID 472651416 | 501.85 |
| 11/27 | BB&T 24 CASH WITHDRAWAL 11-27-18    1228 LANCASTER-GAP GAP PA | 600.00 |
| 11/28 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 65.00 |
| 11/28 | BUS ONLINE BILL PAYMENT ONLINE PMT STATE FARM PASQUALES PIZZA EXPRES | 100.00 |
| 11/28 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 200.00 |
| 11/28 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 350.00 |
| 11/28 | DEBIT CARD PURCHASE-PIN 11-27-18 GAP    PA 1228 TURKEY HILL #011 | 24.54 |
| 11/29 | DEBIT CARD PURCHASE BURGER KING #12985 11-27 LEMOYNE    PA 1228 | 13.53 |
| | Total other withdrawals, debits and service charges | = $4,305.70 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/01 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 179.31 |
| 11/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 276.90 |
| 11/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 231.37 |
| 11/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 433.47 |
| 11/05 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 595.14 |
| 11/06 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 195.86 |
| 11/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 308.49 |
| 11/09 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 138.98 |
| 11/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 213.68 |
| 11/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 297.80 |
| 11/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 447.10 |
| 11/13 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 447.14 |
| 11/15 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 48.51 |
| 11/16 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 185.06 |
| 11/19 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 142.27 |
| 11/19 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 542.47 |
| 11/20 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 634.40 |
| 11/23 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 556.75 |
| 11/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 237.24 |
| 11/26 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 441.75 |
| 11/27 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 217.73 |
| | Total deposits, credits and interest | = $6,771.44 |

### Elimination of a BB&T Inactivity Fee

BB&T is pleased to announce that effective Jan. 1, 2019, the Inactivity Fee will be eliminated.
The change will be reflected in the Business Services Product and Pricing Guide you received when you opened your BB&T account. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager, or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**All Commercial Checking Accounts:**

| Service | | |
|---|---|---|
| Inactivity Fee per month* | $7.50; $5.00 in GA only | No Charge |

*Inactivity is defined as having no deposits or withdrawals for 12 consecutive months in your checking account and 24 consecutive months for money market savings accounts. Interest posted or fees charged on your account are not considered to be activity. Applies only to accounts with balances less than $1,000 and greater than $0.

# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE

Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of NOVEMBER, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 1/3/19

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.