# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE

Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of JANUARY, 2019.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 2-23-19                                          X _____
                                                                        Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 1/19

### BUSINESS INCOME:
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 7611.86 |

### ACTUAL BUSINESS EXPENSE PAID
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Ot $ (sum of 5 through 16) | $ 6979.49 * |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 632.37 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From PART-TIME JOB | $ 3492.26 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 4769.48 |

### PERSONAL
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1181.03 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 200.00 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (28) | Other (specify) COMCAST | $ 193.22 |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 2000.73 |

### NET INCOME (LOSS)
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 647.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

carry amount on line 35 to next month line 20

**EXHIBIT D**

9:19 AM  
02/23/19  
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### January 2019

|  | Jan 19 |
|---|---:|
| **Income** | |
|   **3000 · Sales** | |
|     3011 · Sales - Food | 7,181.00 |
|     3015 · Sales Tax Discount | 4.31 |
|     3040 · Sales Tax Collected | 426.55 |
|   **Total 3000 · Sales** | 7,611.86 |
| **Total Income** | 7,611.86 |
| **Cost of Goods Sold** | |
|   **4000 · Cost of sales** | |
|     4060 · Food Purchases | 1,928.42 |
|   **Total 4000 · Cost of sales** | 1,928.42 |
| **Total COGS** | 1,928.42 |
| **Gross Profit** | 5,683.44 |
| **Expense** | |
|   4100 · Sales Tax Paid | 426.55 |
|   **5050 · Advertising** | |
|     5055 · Advertising | 273.00 |
|   **Total 5050 · Advertising** | 273.00 |
|   **5150 · Commissions and Fees** | |
|     5155 · Bank/Service Charges | 242.18 |
|   **Total 5150 · Commissions and Fees** | 242.18 |
|   **5300 · Insurance** | |
|     5310 · Business Insurance | 133.00 |
|   **Total 5300 · Insurance** | 133.00 |
|   **5400 · Legal & Professional Fees** | |
|     5405 · Meyer Accounting Service | 574.00 |
|   **Total 5400 · Legal & Professional Fees** | 574.00 |
|   **5500 · Rent or Lease** | |
|     5505 · Building Rent | 500.00 |
|   **Total 5500 · Rent or Lease** | 500.00 |
|   **5600 · Supplies** | |
|     5610 · Small Kitchen Supplies & Access | 61.63 |
|     5605 · Disposable Paper/Plastics | 161.05 |
|   **Total 5600 · Supplies** | 222.68 |
|   **5650 · Taxes & Licenses** | |
|     5655 · Employer FICA | 66.94 |
|     5660 · PA UC Fund | 20.92 |
|     5665 · Federal UC | 5.25 |
|   **Total 5650 · Taxes & Licenses** | 93.11 |
|   **5750 · Utilities** | |
|     5755 · Electric | 400.00 |
|     5760 · Propane | 1,066.55 |
|     5765 · Telephone | 100.00 |
|     5775 · Trash | 100.00 |
|   **Total 5750 · Utilities** | 1,666.55 |
|   5805 · Gross Payroll - Member | 875.00 |
|   **5850 · Other Expenses** | |
|     5860 · Testing/Inspection | 45.00 |

9:19 AM
02/23/19
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### January 2019

|  | Jan 19 |
|---|---:|
| Total 5850 · Other Expenses | 45.00 |
| **Total Expense** | 5,051.07 ✻ |
| **Net Income** | **632.37** |

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | Check number: Cash | | | | Pay Period: 01/01/2019 - 01/31/2019 | Pay Date: 01/31/2019 |
|---|---|---|---|---|---|---|
| **Employee** | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | | | | ***-**-9591 | Single/Withhold | Fed-0/58/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 875.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local | | | -6.75 | -6.75 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -122.08 | -122.08 |
| Social Security Employee | | | -54.25 | -54.25 |
| Medicare Employee | | | -12.69 | -12.69 |
| PA - Withholding | | | -26.86 | -26.86 |
| PA - Unemployment Employee | | | -0.52 | -0.52 |
| | | | -225.15 | -225.15 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| LST | | | -5.00 | -5.00 |
| **Net Pay** | | | **644.85** | **644.85** |

**Giovanni Cerimele**

**Stoltzfus Feed & Supply, Inc.**

| Company | Period Begin | Division |
|---|---|---|
| F978 | 12/10/2018 | |
| Number | Period End | Branch |
| 122 | 12/23/2018 | |
| Social Security # | Check Date | Department |
| XXX-XX-0696 | 1/3/2019 | 3 |
| Hire Date | Check Number | Class |
| 12/18/2017 | 99979320 | |

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.00 | 59.92 | 1198.40 | 1198.40 |
| Trucking | 1/1/31 | 20.00 | 0.00 | 468.00 | 468.00 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fed (S/1) (1602.43) | 147.61 | 147.61 |
| OASDI (1602.43) | 99.35 | 99.35 |
| Medicare (1602.43) | 23.23 | 23.23 |
| PA(SM/0) (1602.43) | 49.19 | 49.19 |
| PA EE SUI (1666.40) | 1.00 | 1.00 |
| West Cain TWP Resident | 16.02 | 16.02 |
| Med 125 | 63.97 | 63.97 |
| Net Pay Direct 00073XX | 1265.73 | 1265.73 |

**Giovanni Cerimele**

Company: F073
Number: 122
Social Security #: XXXXX-0696
Hire Date: 12/18/2017

Period Begin: 12/24/2018
Period End: 1/6/2019
Check Date: 1/17/2019
Check Number: 99979188

Department: 31

**Stoltzfus Feed & Supply, Inc.**
PO Box 127
Gap, PA 17527 / 717-442-8200

### Earnings

| Description | Period | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.48 | 46.00 | 941.18 | 2139.56 |
| Holiday | 1/1/31 | 20.48 | 16.00 | 327.36 | 327.36 |
| Trucking | 1/1/31 | 20.48 | 0.00 | 97.50 | 585.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1302.05) | 111.86 | 259.77 |
| OASDI (1302.05) | 80.73 | 180.08 |
| Medicare (1302.05) | 18.88 | 42.12 |
| PA (SM/0) (1302.05) | 39.97 | 89.16 |
| PA EE SUI (1366.02) | 0.82 | 1.82 |
| West Cain TWP Residen | 13.02 | 29.04 |
| Cell Phone Reimburseme | 25.00 | 25.00 |
| Med 125 | 63.97 | 127.94 |
| Net Pay Direct 000073XX | 1061.77 | 2327.49 |

|  | 62.00 | 1366.02 | 3052.42 | Total Deductions | 1366.02 | 3052.42 |
| 1061.77 | Total Direct Deposits | | 1061.77 | Check Amount | 0.00 | 0.00 |

**Giovanni Cerimele**

| | | |
|---|---|---|
| Company: F978 | Period Begin: 1/7/2019 | Division: |
| Number: 122 | Period End: 1/20/2019 | Branch: |
| Social Security #: XXX-XX-0696 | Check Date: 1/31/2019 | Department: 31 |
| Hire Date: 12/18/2017 | Check Number: -99979050 | Team: |

**Stoltzfus Feed & Supply, Inc.**

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.46 | 49.24 | 1007.45 | 3147.01 |
| Holiday | | 0.00 | | | 327.36 |
| Trucking | 1/1/31 | 20.46 | 0.00 | 526.50 | 1092.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1469.98) | 182.61 | 301.70 |
| OASDI (1469.98) | 91.14 | 271.38 |
| Medicare (1469.98) | 21.33 | 63.49 |
| PA (SM/0) (1469.98) | 45.13 | 134.29 |
| PA-EE SUI (1533.95) | 0.92 | 2.74 |
| West Cain TWP Resident | 14.70 | 43.74 |
| Cell Phone Reimbursement | | 25.00 |
| Med 125 | 63.97 | 191.91 |
| Net Pay Direct -00073XX | 1164.77 | 3492.25 |

Total Earnings
NET PAY


Page 1 of 4    01/31/19
PA    1390003488221



717-66-01-00 10639 10 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA 19344-9071

# Your account statement
For 01/31/2019

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

### Three Great Business Credit Cards   The Choice is Yours

No matter your preference, there's a BB&T business credit card to meet your needs! Save on interest with the low annual percentage rate on our **BB&T Bright® for Business credit card**; earn cash back on the things you buy for your business every day with the **BB&T Spectrum Cash Rewards for Business credit card**; or make travel purchases more rewarding with the **BB&T Spectrum Travel Rewards for Business credit card**. Visit BBT.com/SmallBusinessCards or your local BB&T financial center to learn more.

BB&T, Member FDIC. Credit cards are issued by Branch Banking and Trust and are subject to credit approval.

---

■ BUSINESS VALUE 200 1390003488221

### Account summary

| | |
|---|---|
| Your previous balance as of 12/31/2018 | $954.90 |
| Checks | - 4,257.99 |
| Other withdrawals, debits and service charges | - 1,891.84 |
| Deposits, credits and interest | + 6,173.73 |
| Your new balance as of 01/31/2019 | = $978.80 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 01/04 | 326 | 439.47 ✓ | 01/22 | 330 | 566.04 ✓ | 01/31 | 334 | 309.00 |
| 01/10 | 327 | 288.00 ✓ | 01/23 | *332 | 574.00 ✓ | 01/29 | *870025 | 371.48 ✓ |
| 01/18 | 328 | 327.00 ✓ | 01/24 | 333 | 400.00 ✓ | 01/10 | *975121 | 500.00 ✓ |
| 01/17 | 329 | 483.00 ✓ | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $4,257.99

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/02 | ACH CORP DEBIT FEES   BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 | 229.79 ✓ |
| 01/03 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 01-02 855-246-2461  FL 1228 | 55.00 |
| 01/08 | DEBIT CARD RECURRING PYMT Amazon Prime 01-08 Amzn.com/bill  WA 1228 | 13.77 |
| 01/14 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 ✓ |
| 01/14 | DEBIT CARD PURCHASE COMCAST 01-12 800-COMCAST  NJ 1228 | 193.22 ✓ |
| 01/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270941522461613 | 260.95 ✓ |
| 01/18 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 100.00 ✓ |
| 01/22 | DEBIT CARD PURCHASE Amazon.com*MB3P43V 01-18 Amzn.com/bill  WA 1228 | 48.64 ✓ |
| 01/22 | SERVICE CHARGES - PRIOR PERIOD | 12.00 ✓ |
| 01/22 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1319000000211301 CUSTOMER ID 472651416 | 312.98 ✓ |

*continued*

0016243

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/23 | PURCHASE  VALPAKOFPHILADEL XXXX PASQUELES PIZZA | 273.00 ✓ |
| 01/28 | DEBIT CARD PURCHASE PAYPAL *XIAOXUE668 01-24 4029357733     1228 | 12.99 ✓ |
| 01/28 | INT'L SERVICE ASSESSMENT FEE PAYPAL *XIAOXUE668 01-24 4029357733     1228 | 0.39 |
| 01/31 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270943182158083 | 42.00 ✓ |
| 01/31 | ACH CORP DEBIT PAEMPLOYTX COMMWLTHOFPA INT 1319000000184809 CUSTOMER ID 472651416 | 80.58 ✓ |
| 01/31 | ACH CORP DEBIT PADLIUCCON UNEMP COMP EFT UCEFT1201920190110 CUSTOMER ID 7484615 | 156.53 ✓ |

Total other withdrawals, debits and service charges                = $1,891.84

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 01/02 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 208.76 |
| 01/04 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 186.48 |
| 01/07 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 125.24 |
| 01/07 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 262.82 |
| 01/07 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 303.38 |
| 01/08 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 311.63 |
| 01/10 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 158.28 |
| 01/11 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 136.13 |
| 01/14 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 511.13 |
| 01/14 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 688.58 |
| 01/15 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 312.23 |
| 01/17 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 174.68 |
| 01/18 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 159.62 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 59.10 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 206.54 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 236.59 |
| 01/22 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 405.29 |
| 01/24 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 88.41 |
| 01/24 | MOBILE DEPOSIT | 95.15 |
| 01/25 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 121.87 |
| 01/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 40.55 |
| 01/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 260.97 |
| 01/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 416.55 |
| 01/28 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 425.12 |
| 01/29 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 252.92 |
| 01/31 | DEPOSIT  BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 25.71 |

Total deposits, credits and interest                 = $6,173.73

## AMENDMENT TO YOUR DEPOSIT AGREEMENT

### EFFECTIVE FEBRUARY 10, 2019

The following changes have been made to the applicable deposit agreement that you were provided when you opened your account at BB&T. Continued use of your account after the effective date of this Amendment constitutes your acceptance of the change. You are directed to obtain the most current version of the deposit agreement from any branch or online at www.bbt.com. The current version of the deposit agreement will govern your account upon receipt of this Amendment. If you have any questions about this change, contact your local BB&T financial center, your relationship manager, or call 1-800-BANK BBT (1-800-226-5228).

### 20. OVERDRAFT PROTECTION

The OVERDRAFT PROTECTION section of your current deposit agreement is replaced with the following:

Overdraft Protection is a service that automatically transfers funds to a qualifying deposit account to cover an overdraft by one or more of the following funding sources: Business Money Rate Savings, Business Investor's Deposit Account, BB&T Business Visa® Credit Card, and/or Business Advantage Credit Line. Any credit account is subject to qualification and the terms and conditions contained in the applicable credit agreement. All fees applicable to your credit account are also contained in the credit agreement. The amount of Overdraft Protection available from a linked BB&T Visa is limited to the amount of the available Cash Advance limit. Your local BB&T