# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: GIOVANNI CERIMELE
Case No: 13-17-16196
Business Name: PASQUALE'S PIZZA EXPRESS, LLC
For the Month & Year (1/05, etc.): 2/19

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 7884.00 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Ot $ (sum of 5 through 16) | $ 5388.48 |
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 2495.52 |
| (18) | Net Wages From Regular Employment-Del | $ 644.85 |
| (19) | Net Wages From PART-TIME JOB | $ 1374.41 |
| (20) | Amount Carried Over From Last Month | $ |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 4514.78 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1189.03 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 300.00 |
| (24) | Telephone | $ 55.00 |
| (25) | Food | $ |
| (26) | Transportation (fuel, tolls, parking) | $ |
| (27) | Other (specify) MEMBERS 1ST | $ 371.48 |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 1915.51 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 647.00 |
| (35) | Net Excess Income (line 33 - line 34) | $ |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: GIOVANNI CERIMELE

Chapter 13 Case No.: 13-17-16196

I, GIOVANNI CERIMELE, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of FEBRUARY, 2019.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 4-4-19

X _____
Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR <u>EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT</u>. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

9:19 AM
04/04/19
Cash Basis

# PASQUALE'S PIZZA EXPRESS LLC
## Profit & Loss
### February 2019

|  | Feb 19 |
|---|---|
| **Income** |  |
|   3000 · Sales |  |
|     3011 · Sales - Food | 7,437.74 |
|     3015 · Sales Tax Discount | 4.46 |
|     3040 · Sales Tax Collected | 441.80 |
|   Total 3000 · Sales | 7,884.00 |
| **Total Income** | 7,884.00 |
| **Cost of Goods Sold** |  |
|   4000 · Cost of sales |  |
|     4060 · Food Purchases | 1,775.72 |
|   Total 4000 · Cost of sales | 1,775.72 |
| **Total COGS** | 1,775.72 ※ |
| **Gross Profit** | 6,108.28 |
| **Expense** |  |
|   4100 · Sales Tax Paid | 441.80 |
|   5100 · Automobile and Truck Expenses |  |
|     5105 · Auto/Truck Expense | 172.62 |
|   Total 5100 · Automobile and Truck Expenses | 172.62 |
|   5150 · Commissions and Fees |  |
|     5155 · Bank/Service Charges | 248.65 |
|   Total 5150 · Commissions and Fees | 248.65 |
|   5300 · Insurance |  |
|     5310 · Business Insurance | 133.00 |
|   Total 5300 · Insurance | 133.00 |
|   5500 · Rent or Lease |  |
|     5505 · Building Rent | 500.00 |
|   Total 5500 · Rent or Lease | 500.00 |
|   5600 · Supplies |  |
|     5605 · Disposable Paper/Plastics | 114.10 |
|   Total 5600 · Supplies | 114.10 |
|   5650 · Taxes & Licenses |  |
|     5655 · Employer FICA | 66.94 |
|     5660 · PA UC Fund | 20.91 |
|     5665 · Federal UC | 5.25 |
|   Total 5650 · Taxes & Licenses | 93.10 |
|   5750 · Utilities |  |
|     5755 · Electric | 400.00 |
|     5760 · Propane | 300.49 |
|     5765 · Telephone | 100.00 |
|     5775 · Trash | 100.00 |
|   Total 5750 · Utilities | 900.49 |
|   5805 · Gross Payroll - Member | 875.00 |
|   5850 · Other Expenses |  |
|     5860 · Testing/Inspection | 134.00 |
|   Total 5850 · Other Expenses | 134.00 |
| **Total Expense** | 3,612.76 ※ |
| **Net Income** | 2,495.52 |

**Giovanni Cerimele**

Company: F978
Number: 122
Social Security #: XXX-XX-0696
Hire Date: 12/18/2017
Period Begin: 2/4/2019
Period End: 2/17/2019
Check Date: 2/28/2019
Check Number: -99978753
Department: 31

**Stoltzfus Feed & Supply, Inc.**
PO Box 427
Gap, PA 17527 717-442-8280

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | 1/1/31 | 20.46 | 78.16 | 1599.15 | 6074.22 |
| Overtime | 1/1/31 | 30.69 | 3.44 | 105.57 | 105.57 |
| Holiday | | 0.00 | | | 327.36 |
| Trucking | 1/1/31 | 20.46 | 0.00 | 71.50 | 1430.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (1712.25) | 161.09 | 692.16 |
| OASDI (1712.25) | 106.16 | 472.26 |
| Medicare (1712.25) | 24.83 | 110.45 |
| PA (SM/0) (1712.25) | 52.57 | 233.85 |
| PA-EE SUI (1776.22) | 1.07 | 4.77 |
| West Caln TWP Residen | 17.12 | 76.17 |
| Cell Phone Reimburseme | -25.00 | -50.00 |
| Med 125 | 63.97 | 819.85 |
| Net Pay Direct 00073XX | 1374.41 | 6077.62 |

Total Deductions: 1776.22    7907.15
Check Amount: 0.00    0.00

Total Direct Deposits: 1374.41

NET PAY

PASQUALE'S PIZZA EXPRESS LLC
3060 COMPASS RD
HONEYBROOK, PA 19344

Giovanni Cerimele
108 Clysdale Circle
Honey Brook, PA 19344

| Employee Pay Stub | | Check number: Cash | | Pay Period: 02/01/2019 - 02/28/2019 | Pay Date: 02/28/2019 |
|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| Giovanni Cerimele, 108 Clysdale Circle, Honey Brook, PA 19344 | ***-**-9591 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Member | | | 875.00 | 1,750.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local | -8.75 | -17.50 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -127.07 | -249.15 |
| Social Security Employee | -54.25 | -108.50 |
| Medicare Employee | -12.69 | -25.36 |
| PA - Withholding | -26.86 | -53.72 |
| PA - Unemployment Employee | -0.53 | -1.05 |
| | -230.15 | -455.30 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | | -5.00 |

| Net Pay | 644.85 | 1,289.70 |
|---|---|---|

PASQUALE'S PIZZA EXPRESS LLC, 3060 COMPASS RD, HONEYBROOK, PA 19344



Page 1 of 4    02/28/19
PA    1390003488221

 COPY



717-56-01-00 10839  13 C 001 28 S 66 002
PASQUALES PIZZA EXPRESS LLC
3060 COMPASS RD
HONEY BROOK PA 19344-9071

# Your account statement
For 02/28/2019

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Protect Yourself from Identity Theft

At BB&T, protection of your information and accounts is our priority. Here are some ways you can prevent identity theft and fraud:

- Shred this statement and other personal information before throwing them away
- Never disclose your personal information, account number, or password to an unexpected email or text
- Monitor your financial accounts and credit reports for suspicious activity
- Notify BB&T at 800-BANK-BBT (800-226-5228) or visit your local branch if you have an issue with your accounts

Learn more security tips at **BBT.com/Security**

&T, Member FDIC.

### ■ BUSINESS VALUE 200 1390003488221

**Account summary**

| Your previous balance as of 01/31/2019 | $978.80 |
|---|---|
| Checks | - 4,083.00 |
| Other withdrawals, debits and service charges | - 2,709.39 |
| Deposits, credits and interest | + 7,336.87 |
| Your new balance as of 02/28/2019 | = $1,523.28 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 02/01 | 335 | 310.00 | 02/15 | 340 | 186.00 | 02/28 | 344 | 589.03 |
| 02/01 | 336 | 152.00 | 02/21 | 341 | 147.00 | 02/28 | 345 | 400.00 |
| 02/04 | 337 | 122.01 | 02/25 | 342 | 327.00 | 02/26 | *870026 | 371.48 |
| 02/07 | 338 | 400.00 | 02/26 | 343 | 178.48 | 02/11 | *975126 | 500.00 |
| 02/14 | 339 | 400.00 | | | | | | |

\* indicates a skip in sequential check numbers above this item    Total checks    = $4,083.00

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/01 | ACH CORP DEBIT FEES    BKCD PROCESSING Pasquales CUSTOMER ID 019666000975661 *Capital Direct* | 236.65 ✓ |
| 02/04 | DEBIT CARD RECURRING PYMT CRICKET WIRELESS 02-02 855-246-2461    FL 1228 | 55.00 ✓ |
| 02/04 | INTERNET PAYMENT TAXPAYMENT KEYSTONE 2625394 | 26.25 ✓ |
| 02/07 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 200.00 ✓ |
| 02/07 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 400.00 ✓ |
| 02/08 | DEBIT CARD RECURRING PYMT Amazon Prime 02-08 Amzn.com/bill  WA 1228 | 13.77 |
| 02/13 | DEBIT CARD PURCHASE CONOCO - GAP CONOC 02-12 GAP    PA 1228 | 32.00 ✓ |

*continued*

■ PAGE 1 OF 4

0012275

■ BUSINESS VALUE 200 1390003488221 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/14 | DEBIT CARD PURCHASE-PIN 02-14-19 PARKESBURG   PA 1228 WAWA 263 | 22.55 |
| 02/15 | DEBIT CARD PURCHASE Prime Video*MI0H74 02-14 888-802-3080   WA 1228 | 10.59 |
| 02/15 | DEBIT CARD PURCHASE-PIN 02-14-19 GAP         PA 1228 GAP CONOCO TRUCK | 18.19 |
| 02/15 | ACH CORP DEBIT USATAXPYMT IRS PASQUALES PIZZA EXPRES CUSTOMER ID 270944605693389 | 255.96 |
| 02/20 | ACH CORP DEBIT PASTSALETX COMMWLTHOFPA INT 1319000001210222 CUSTOMER ID 472651416 | 426.55 |
| 02/21 | DEBIT CARD PURCHASE TURKEY HILL #0118 02-20 GAP        PA 1228 | 82.02 |
| 02/21 | SERVICE CHARGES - PRIOR PERIOD | 12.00 |
| 02/25 | DEBIT CARD PURCHASE-PIN 02-22-19 GAP         PA 1228 TURKEY HILL #011 | 17.86 |
| 02/25 | BB&T 24 CASH WITHDRAWAL 02-22-19         1228 WEST SADSBURY PARKERSBURG PA | 600.00 |
| 02/27 | BUS ONLINE BILL PAYMENT ONLINE PMT AJ BLOSENSKI INC PASQUALES PIZZA EXPRES | 100.00 |
| 02/27 | BUS ONLINE BILL PAYMENT ONLINE PMT AT&T MOBILITY PASQUALES PIZZA EXPRES | 100.00 |
| 02/27 | BUS ONLINE BILL PAYMENT ONLINE PMT PECO ENERGY PASQUALES PIZZA EXPRES | 100.00 |

Total other withdrawals, debits and service charges                = $2,709.39

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 02/01 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 324.61 |
| 02/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 50.98 |
| 02/04 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 1,133.70 |
| 02/05 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 177.52 |
| 02/07 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 64.61 |
| 02/08 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 213.78 |
| 02/11 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 235.58 |
| 02/11 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 454.12 |
| 02/11 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 567.95 |
| 02/12 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 257.25 |
| 02/14 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 75.37 |
| 02/14 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 279.22 |
| 02/15 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 39.92 |
| 02/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 23.67 |
| 02/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 278.78 |
| 02/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 374.40 |
| 02/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 377.75 |
| 02/19 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 392.51 |
| 02/21 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 134.10 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 36.27 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 160.28 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 208.05 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 226.30 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 337.98 |
| 02/25 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 455.80 |
| 02/28 | DEPOSIT   BKCD PROCESSING Pasquales  CUSTOMER ID 019666000975661 | 456.37 |

Total deposits, credits and interest                = $7,336.87