# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-16196-MDC

CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

GARY E THOMPSON  
150 E SWEDESFORD RD  
1ST FLOOR  
WAYNE, PA 19087-

Date: 8/4/2020

/S/ William C. Miller  
_____  
William C. Miller, Esquire  
Chapter 13 Standing Trustee