**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Cerimile Giovanni    :    CHAPTER 13

        Debtor    :    BANKRUPTCY NO. 17-16196

## ORDER

AND NOW, this        day of              , 2021, IT IS HEREBY ORDERED and DECREED Debtor's Motion to Abate Arrears and to Modify Confirmed Chapter 13 Plan is: GRANTED.

Section 2(a)(2) of Debtor' confirmed Chapter 13 Plan, dated February 13, 2020, is modified to provide as follows:

Total Base Amount to be paid to the Chapter 13 Trustee ("Trustee") $49,457.00.

The Plan payments by Debtor shall consist of the total amount previously paid to the date of this Order ($27,359.00) added to the new monthly Plan payments in the amount of $502.22 commencing February, 2021 and continuing for 44 months through September, 2024.

.

_____

Magdeline D. Coleman, B.J.

cc:    Gary E. Thompson, Esquire

       WILLIAM C. MILLER

       ALL CREDITORS ON MATRIX