**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Dorothy M. Moore | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No. 19-11156-mdc |

# ORDER

**AND NOW**, this _____ day of _____, 2021, upon Notice and Hearing upon the Debtor's Motion for Modification of Post-Confirmation Plan Amendment:

It is hereby **ORDERED** that:

1. The proposed Modification of the Debtor's Chapter 13 Plan is approved.


**Date:** _____          _____
                                                                **MAGDELINE D. COLEMAN,**
                                                                **U.S. BANKRUPTCY JUDGE**