**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Cerimile Giovanni | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 17-16196 |

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the forgoing motion to abate arrears and to modify confirmed chapter 13 plan was served electronically by the ECF system upon William C. Miller, the Chapter 13 Trustee and upon the parties who have entered an appearance in the above captioned bankruptcy case.

DATE: January 25, 2021         /s/Gary E. Thompson
                               Gary   E.   Thompson
                               Attorney for Debtor