**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Ceremile Giovanni<br><br>                              Debtors. | Bankruptcy Case No: 17-16196 |

**CERTIFICATION OF NO RESPONSE**

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On January 25, 2021, I served via first class regular mail a true and correct copy of Debtors' Motion to Modify Plan Post Confirmation, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: February 22, 2021      */s/ Gary E. Thompson*
                              **GARY E. THOMPSON, ESQUIRE**
                              882 S. Matlack Street, Ste 101
                              West Chester, PA 19382

                              Counsel for Debtors,