**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CERIMILE GIOVANNI    :    **CHAPTER 13**
        **Debtor**  **:**
              **BANKRUPTCY NO. 17-16196**


**ORDER**


   AND NOW, this     day of       ,2021, it  is

ORDERED and DECREED that Debtor's Motion to Abate Arrears and to Modify Confirmed

Chapter 13 Plan is hereby GRANTED.  Section 2 (a)(2) of Debtor's Confirmed Chapter 13 Plan,

dated March 17, 2021, is modified to provide as follows:

   Total Base Amount to be paid to the Trustee: $50,090.00.

   The Plan payments by Debtor shall consist of total previously paid to the date of this
   Order ($ 29,977.00) added to the new monthly Plan payments in the amount of $476.00
   Commencing February 2021 and continuing for 44 months through September 2024.


          _____

          Magdeline D. Coleman, B.J.


CC: Gary E. Thompson, Esquire
  William C. Miller, Standing Trustee
  All Creditors on Matrix