**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CERIMILE GIOVANNI                    :                    **CHAPTER 13**

                    **Debtor**        :

                                         **BANKRUPTCY NO. 17-16196**

**ORDER**

AND NOW, this        8th        day of        April        2021, it  is

ORDERED and DECREED that Debtor's Motion to Abate Arrears and to Modify Confirmed

Chapter 13 Plan is hereby GRANTED.  Section 2 (a)(2) of Debtor's Confirmed Chapter 13 Plan,

dated March 17, 2021, is modified to provide as follows:

Total Base Amount to be paid to the Trustee: $50,090.00.

The Plan payments by Debtor shall consist of total previously paid to the date of this
Order ($ 29,977.00) added to the new monthly Plan payments in the amount of $476.00
Commencing February 2021 and continuing for 44 months through September 2024.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

CC: Gary E. Thompson, Esquire
    William C. Miller, Standing Trustee
    All Creditors on Matrix