# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16196-MDC

CERIMILE  GIOVANNI

108 CLYDESDALE ROAD

HONEY BROOK, PA 19344

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CERIMILE  GIOVANNI

    108 CLYDESDALE ROAD

    HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

    GARY E THOMPSON  
    150 E SWEDESFORD RD  
    1ST FLOOR  
    WAYNE, PA 19087-

                                /S/ William C. Miller

Date: 5/3/2021                      _____

                              William C. Miller, Esquire  
                              Chapter 13 Standing Trustee