Certificate Number: 05781-PAE-DE-037810985

Bankruptcy Case Number: 17-16196



05781-PAE-DE-037810985

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 1, 2023, at 8:51 o'clock AM PDT, Cerimile Giovanni completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 1, 2023

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President