# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    CERIMILE GIOVANNI | : |
| | : |
|       Debtor | : BANKRUPTCY NO. 17-16196MDC |

### PRAECIPE TO WITHDRAW CHAPTER 13 STANDING TRUSTEE'S NOTICE OF PLAN COMPLETION

Kindly withdraw DOCKET NO 130 as this was filed in error.

Respectfully submitted,

/s/ Kenneth E. West, Esquire

Date: October 3, 2023

_____
KENNETH E. WEST, ESQUIRE
CHAPTER 13 STANDING TRUSTEE